U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Diane Scott-Jones et al. | COURT CASE NUMBER: 05-10350 JLT |
| DEFENDANT: Charles A. Perkins, Jr. et al. | TYPE OF PROCESS: Summons and Complaint |

FILED IN CLERKS OFFICE 2005 MAR -3 P 2:42 U.S. DISTRICT COURT DISTRICT OF MASS.

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Charles A. Perkins, Jr.

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 75 Princeton St, Suite 306, N. Chelmsford, MA 01863-1558

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Diane Scott-Jones & John E. Jones, Jr.
392 Boylston St.
Newton, MA 02459

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

2005 FEB 23 A 11:25 U.S. MARSHALS SERVICE RECEIVED

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER: 617 558-3522 | DATE: 2/23/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talarico | 2/23/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Robert Anctil Partner in Firm

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 2/25/05 | Time: 10:15 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | | | | | | |

REMARKS: 1 Deputy USM 2 hours round-trip rt

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Diane Scott-Jones and John E. Jones, Jr.

**SUMMONS IN A CIVIL CASE**

V.

Charles A. Perkins, Gary M. Daddario, Perkins&Anctil

CASE 05-1[illegible]

TO: (Name and address of Defendant)

Charles A. Perkins, Jr.
73 Princeton St., Suite 306
North Chelmsford, MA 01863-1558

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se
[illegible]
[illegible]

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK — DATE 2-23-05

(By) DEPUTY CLERK [illegible]