UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 05-10350JLT

)
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394      )
BOYLSTON COMMONS CONDOMINIUM      )
TRUST,                                           )
    Plaintiffs,                                )
                                                 )
v.                                               )
                                                 )
CHARLES A. PERKINS, JR., GARY M.                 )
DADDARIO and PERKINS & ANCTIL, P.C.,             )
    Defendants.                                )
                                                 )

## DEFENDANTS' MOTION TO DISMISS

NOW COME the above-captioned Defendants and respectfully submit, pursuant to Massachusetts Federal Rules of Civil Procedure Rule 12(b), this Motion to Dismiss and Award Costs and Expenses to this Honorable Court. As grounds for this Motion, Defendants state that:

1. This Honorable Court lacks subject matter jurisdiction;

2. The Plaintiffs have failed to state a claim upon which relief may be granted; and

3. The Plaintiffs' action is retaliatory, frivolous and in bad faith.

Each of these grounds is more fully set forth in the Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss which has been filed herewith.

In making this Motion, Defendants reserve all rights, to the extent permitted by law, to additional defenses and to counterclaims against the Plaintiffs as well as to bring independent claims against Diane Scott-Jones and John E. Jones, Jr. including, but not

limited to, a Motion filed, pursuant to Massachusetts Federal Rules of Civil Procedure Rule 54(d), subsequent to this Honorable Court's decision on this Motion stating that Plaintiffs' action is retaliatory, frivolous and in bad faith and seeking Defendants' attorneys' fees and costs relative to defense of this suit.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Dismiss the Plaintiffs' Complaint in its entirety;

B. Find that Plaintiffs' action is retaliatory, frivolous and in bad faith; and

C. Take any other action deemed to be in the best interest of justice.

Respectfully submitted,
For all Defendants

Date: March 15, 2005

Charles A. Perkins, Jr.
BBO# 394430
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978)251-8509

Gary M. Daddario
BBO# 639615
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978)251-8509