FILED
IN CLERKS OFFICE

2005 MAR 30 P 4: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

| | |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, Plaintiffs<br><br>v.<br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**NOW COME** the Plaintiffs in the above-captioned matter and hereby oppose the Defendants' Motion to Dismiss. As grounds for their Motion to Dismiss, the Defendants claim that this Honorable Court lacks subject matter jurisdiction; that the Plaintiffs have failed to state a claim upon which relief may be granted; and that the Plaintiffs' Complaint is retaliatory, frivolous, and in bad faith. The Defendants have not provided legal or factual justification for the grounds they claim for dismissal. The Plaintiffs set out their opposition in the attached Plaintiffs' Memorandum of Law in Support of Opposition to Defendants' Motion to Dismiss.

**WHEREFORE**, the Plaintiffs respectfully request that this Honorable Court:

A. Deny Defendants' Motion to Dismiss in its entirety;

B. Allow the Plaintiffs' Complaint to be scheduled for a hearing;

C. Take any and all other actions judged to be in the interest of justice.

Respectfully submitted,

*Diane Scott-Jones*          *John E. Jones Jr.*
**Diane Scott-Jones, Pro Se**          **John E. Jones, Jr., Pro Se**

March 30, 2005

**Diane Scott-Jones and John E. Jones, Jr.**
**392 Boylston Street, Newton, MA 02459**
**617-558-3522**

## CERTIFICATE OF SERVICE

We hereby certify this 30th day of March, 2005, that a true copy of the foregoing was served certified mail, return receipt requested, upon the Defendants, Charles A. Perkins, Jr., Gary M. Daddario, and Perkins & Anctil PC at 73 Princeton Street, Suite 306, North Chelmsford, MA 01863-1558.

_____          _____
Diane Scott-Jones, Pro Se                John E. Jones, Jr., Pro Se