UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 05-10350-JLT |
| CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., | * * * | |
| Defendants. | * | |

ORDER

May 16, 2005

TAURO, J.

Because condominium assessments qualify as "debts" under the Fair Debt Collection Practices Act (FDCPA), this court has subject matter jurisdiction to adjudicate Plaintiffs' claims.[1]

This court hereby orders that:

1. Defendants' Motion to Dismiss [#5] is DENIED as Plaintiffs' complaint states claims for violations of the FDCPA.

   IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] Newman v. Boehm, Pearlstein & Bright, Ltd., 119 F.3d 477, 482 (7th Cir. 1997).