UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 05-10350JLT

)
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394    )
BOYLSTON COMMONS CONDOMINIUM    )
TRUST,                                         )
    Plaintiffs,                              )
                                               )
v.                                             )
                                               )
CHARLES A. PERKINS, JR., GARY M.               )
DADDARIO and PERKINS & ANCTIL, P.C.,           )
    Defendants.                              )
                                               )

**DEFENDANTS' MOTION FOR ALTERNATE CONFERENCE DATE**

    NOW COME the Defendants and respectfully move this Honorable Court for an alternate date for the Conference currently scheduled for August 2, 2005. As grounds for this Motion, Defendants state:

1. The presence of Attorney Gary M. Daddario is required in representation of the Defendants at the Conference.

2. Attorney Daddario is scheduled to be out of the office from August 1st through August 14th in relation to major surgery scheduled for his wife.

3. Attorney Daddario is available July 18-20, 22, 25-26, should this Honorable Court desire to schedule the Conference for an earlier date.

4. Attorney Daddario will return to the office on August 15th, should this Honorable Court desire to schedule a later date for the Conference.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Grant this Motion without hearing; and

B. Re-Schedule the Conference for a July date as set forth above; or

C. Re-Schedule the Conference for a date subsequent to August 15, 2005; and

D. Take any other action deemed to be in the best interest of justice.

Respectfully submitted,
For all Defendants

Date: July 11, 2005

_____
Charles A. Perkins, Jr.
BBO# 394430
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978)251-8509