392 Boylston St.
Newton, MA 02459
July 11, 2005

Ms. Zita Lovett, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

**RE: Civil Action No. 05-10350JLT**
**Diane Scott-Jones et al. v. Charles A. Perkins et al.**

Dear Ms. Lovett:

We represent ourselves in the above-noted case. On Friday, July 8, 2005, we received in the mail the Notice of Scheduling Conference and Discovery Order you sent to us. On Monday, July 11, 2005, we contacted Perkins & Anctil, Charles A. Perkins' law firm, to initiate a conference with his counsel. Tuesday, July 12, 2005, is the 21-day deadline for us to confer with opposing counsel.

When we contacted Perkins & Anctil, Attorney Gary M. Daddario's assistant (Lisa) told us that Attorney Daddario:
is not available through Tuesday, July 12, 2005, to confer with us;
will not be available for the August 2, 2005, Scheduling Conference; and
will mail the Court a motion to delay the August 2, 2005, Scheduling Conference.

Because we have not received any information from Perkins & Anctil in writing regarding their intention to confer with us by July 12, 2005, or to postpone the August 2, 2005, Scheduling Conference, we want to inform the Court of our efforts to comply with Federal Rule of Civil Procedure 16 (b) and Local Rule 16.1.

Sincerely,

Diane Scott-Jones, Pro Se                John E. Jones, Jr., Pro Se

cc:
G. Daddario
C. Perkins
Perkins & Anctil