## PERKINS & ANCTIL, P.C.
ATTORNEYS AT LAW

73 PRINCETON STREET, SUITE 306
NORTH CHELMSFORD, MASSACHUSETTS 01863-1558
TELEPHONE (978) 251-8509 • (800) 642-4906
FAX (978) 251-3608
REAL ESTATE FAX (978) 251-3859
www.perkinslawpc.com

CHARLES A. PERKINS, JR.*

ROBERT W. ANCTIL*

GARY M. DADDARIO

ANITA L. CHMILARSKI
DIRECTOR OF OPERATIONS

*ALSO ADMITTED IN NH

July 13, 2005

United States District Court
Attn: Zita Lovett, Deputy Clerk
One Courthouse Way
Boston, MA 02210

    **Re:  Diane Scott-Jones et al. v. Charles A. Perkins et al.
          Civil Docket No. 05-10350JLT**

Dear Clerk Lovett:

    Our office has this date received the July 11, 2005 letter from Diane Scott-Jones and John E. Jones, Jr. (collectively the "Jones") regarding the scheduling conference in the above-referenced matter. I am writing to provide clarification in order to avoid any misinterpretation of the Jones' letter.

    Diane Scott-Jones did, in fact, contact this office on July 11, 2005. She was informed that I was unavailable for conference and would file a Motion to Continue the Scheduled Conference. However, Ms. Jones was also informed of the reason therefor, specifically, my wife having been scheduled for major surgery. Ms. Jones was also informed that the Motion to Continue would be issued by our office on July 11th and that a copy was being issued to the Jones. Ms. Jones replied that, under the circumstances, they would not oppose the continuance and that I should be informed of their sympathy regarding my wife's surgery.

    The Jones' copy of the Motion was, in fact, issued on July 11, 2005. The Court's copy has been returned to us with a date stamp of July 12, 2005. We assume that, at this time, the Jones have also received their copy.

Zita Lovett, Deputy Clerk
July 13, 2005
Page -2-

    I hope and trust that these additional details demonstrate that this office is treating both the Jones and the Honorable Court with all due respect.

                                                     Sincerely,

                                                     Gary M. Daddario

c:       Attorney Charles A. Perkins, Jr.
          Diane Scott-Jones
          John E. Jones, Jr.