392 Boylston St.
Newton, MA 02459
August 23, 2005

Ms. Zita Lovett, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

**RE:   Civil Action No. 05-10350JLT**
**Diane Scott-Jones et al. v. Charles A. Perkins et al.**

Dear Ms. Lovett:

We write to inform you that, to meet the requirements of the Notice of Scheduling
Conference, in accordance with F.R. Civ. P. 16(b) and LR 16.1,  we have:
1.conferred with the Defendants on Tuesday, August 16, 2005, and
2.submitted a written settlement proposal (copy enclosed) to the Defendants via certified
mail on August 23, 2005.

Sincerely,

Diane Scott-Jones, Pro Se

John E. Jones, Jr., Pro Se

cc:
C. Perkins, G. Daddario, Perkins & Anctil

392 Boylston St.
Newton, MA 02459
August 23, 2005

VIA CERTIFIED MAIL

Charles A. Perkins, Jr., Gary M. Daddario,
Perkins & Anctil, P.C.
73 Princeton St., Suite 306
North Chelmsford, MA 01863-1558

**RE: Civil Action No. 05-10350JLT**
   **Diane Scott-Jones et al. v. Charles A. Perkins et al.**

Dear Attorneys Perkins and Daddario:

To meet the requirements of the Notice of Scheduling Conference, in accordance with
F.R. Civ. P. 16(b) and LR 16.1, we write to offer a settlement proposal. We ask you to
pay the following amounts:

1. $3,000 in statutory damages ($1,000 each against Charles A. Perkins, Jr., Gary M.
Daddario, and the law firm Perkins & Anctil).

2. $5,123.42 in fees demanded by the Defendants and any other fees demanded by the
Defendants and their client Sheryl A. Sarkis. In the alternative, the Defendants will
waive any payment of any fees they and their client Sheryl A. Sarkis have demanded.

3. $10,000 for pro se Plaintiffs' time and loss of standing in employment and career.

4. $250 Court filing fee

5. $201.90 U.S. Marshals fee for serving summons.

We further ask you to agree to:
1. a review of your debt collection practices over the past fifteen years for other
violations of the Fair Debt Collection Practices Act; and
2. withdrawal from all involvement in matters related to our two-unit condominium, 392-
394 Boylston Commons Condominium.

We await your response to our proposal.

Sincerely,

Diane Scott-Jones, Pro Se                    John E. Jones, Jr., Pro Se

cc: Z. Lovett