UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350-JLT

DIANE SCOTT-JONES AND JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    **Plaintiffs** )
)
v. )
)
CHARLES A. PERKINS, JR., GARY DADDARIO, )
and PERKINS & ANCTIL, PC )
    **Defendants** )
)

## JOINT STATEMENT

Pursuant to the Notice of Scheduling Conference (to be held on September 6, 2005, at 11:30 am), and in accordance with F.R.Civ.P. 16(b) and LR 16.1, Plaintiffs Diane Scott-Jones and John E. Jones, Jr., and Defendants Charles A. Perkins, Jr., and Gary Daddario, of Perkins & Anctil, PC, hereby submit their joint statement for the above referenced case.

### TRIAL COUNSEL

**Counsel for Plaintiffs**

Diane Scott-Jones and John E. Jones, Jr., represent themselves as Pro Se Litigants.

**Counsel for Defendants**

Charles A. Perkins, Jr. and Gary Daddario are Attorneys and represent themselves and their firm, Perkins & Anctil, PC.

## JURY DEMAND

Plaintiffs request a trial by jury. Defendants …

## PRETRIAL SCHEDULE

**Joint Discovery Plan**

<u>Plaintiffs anticipate calling the following witnesses to testify at trial either live or by transcribed and/or videotaped deposition:</u>

1. Sheryl A. Sarkis
   Receiver, 392-394 Boylston Commons Condominium
   P. O. Box 95022
   Newton, MA 02495
   617-241-7779

2. Lawrence W. DeCelle, Jr.
   155 Kendrick St.
   Unit 407
   Quincy, MA 02169
   (617) 472-8339

3. James S. DeCelle
   The DeCelle Group
   400 Washington St., Suite LL-9
   Braintree, MA 02184
   (781) 794-6800

4. Douglas Troyer, Esq.
   Marcus, Errico, Emmer & Brooks, PC
   45 Braintree Office Park, Suite 107
   Braintree, MA  02184
   (781) 843-5000

5. Paul L. Tocci, Jr.
   Waverly Landscape Associates
   1010 Pleasant St.
   Belmont, MA 02478
   617-484-3360

6. Alison Levins
   135 Pleasant St., Suite 205
   Brookline, MA 02446-7185
   617-515-3907

2

7. John Rosenthal, President
   Meredith Management Corporation
   One Bridge Street, Suite 300
   Newton, MA 02458-1101
   617-965-2200

8. Richard O'Regan
   City of Newton Inspectional Services Department
   1000 Commonwealth Ave.
   Newton Centre, MA 02459
   617-796-1060

   Gerald Brown
   Former Acting Commissioner
   City of Newton Inspectional Services Department
   1000 Commonwealth Ave.
   Newton Centre, MA 02459
   617-796-1060

9. J. David Naparstek, Commissioner
   City of Newton Health Department
   1294 Centre St.
   Newton, MA 02459-1544
   (617) 796-1420

   Robert R. DeLuca
   Senior Sanitary Inspector
   City of Newton Health Department
   1294 Centre St.
   Newton, MA 02459-1544
   (617) 796-1420

10. Martha Aherin Horn
    Liaison to Newton Conservation Commission
    Department of Planning and Development
    1000 Commonwealth Ave.
    Newton Centre, MA 02459
    617-796-1000

11. Robert Fox & Alan Fox
    Fox Development Services
    266 Summer St., 3rd Floor
    Boston, MA 02210
    617-338-7772

12. Jason R. Dickinson
    Customer Service Specialist
    HSBC Mortgage Corporation (USA)
    2929 Walden Ave.
    Depew, NY 14043
    800-338-4626, extension 6525

      Andrea Failia
Mortgage Servicing
Tax Escrow Department
HSBC Mortgage Corporation (USA)
2929 Walden Ave.
Depew, NY 14043
800-338-4626

Plaintiffs request that Defendants provide, within 30 days of the submission of this Joint Statement, a copy of all documents and correspondence, including electronic mail, that Charles A. Perkins, Jr., Gary Daddario, or Perkins & Anctil sent to or received from any of the persons or organizations listed below. This request covers the period of time from the appointment of the Receiver Sheryl A. Sarkis on June 24, 2004, to the present.

      Sheryl A. Sarkis,

      John Rosenthal,

      Lawrence W. DeCelle, Jr.,

      James S. DeCelle,

      Waverly Landscape Associates,

      Paul L. Tocci, Jr.,

      Douglas Troyer,

      Alison Levins,

      HSBC Mortgage Corporation (USA),

and any employee of the City of Newton, particularly Richard O'Regan and Martha Aherin Horn.

Plaintiffs also request a copy of all documents and correspondence, including electronic mail, exchanged between Sheryl A. Sarkis or Alison Levins and:

      Lawrence W. DeCelle, Jr.,

      James S. DeCelle,

      Waverly Landscape Associates,

>Paul L. Tocci, Jr.,
>
>Douglas Troyer,
>
>Alan Fox,
>
>Robert Fox,
>
>and any employee of the City of Newton, particularly Richard O'Regan and Martha Aherin Horn.

Within 14 days of the Counsel Conference, the Plaintiffs will provide the Defendants with a copy of documents that the Plaintiffs will use to support their claims, if Plaintiffs believe the Defendants do not have the documents in their possession. In particular, the Plaintiffs will provide the Defendants with a copy of the transcripts of the hearings held in Middlesex Superior Court, Civil Docket No. 03-05103, on February 3, February 8, and July 28, 2005, if the Defendants do not have these transcripts.

Defendants…

In accordance with F.R.Civ.P. 26(f)(4), this Joint Statement and Joint Discovery Plan meet the requirement of both parties' providing a written report outlining a proposed discovery plan to the Court no later than 14 days after the Counsel Conference, which was held on August 16, 2005.

Plaintiffs request a time period of 90 days between the scheduling conference and the beginning of the trial.

**Filling of Motions**

No later than five days prior to the scheduling conference, Plaintiffs will file a Motion for Leave of Court to Amend Plaintiffs' Complaint and any other motions.

Defendants…

**Certifications**

Plaintiffs and Defendants certify that on August 16, 2005, a Counsel Conference was held via telephone conference call between 11:30 and 11:45 am. Plaintiffs Diane Scott-Jones, John E. Jones, Jr., and Defendants Charles A. Perkins, Jr., and Gary Daddario of Perkins & Anctil, PC, were present for the conference call. Plaintiffs cannot accurately forecast a budget for the costs of conducting the full course of the litigation. Plaintiffs and Defendants also certify that they decline the use of alternative dispute resolutions.

**Respectfully submitted and certified,**

*/s/ Diane Scott-Jones/*           */s/ John E. Jones, Jr./*
Diane Scott-Jones, Pro Se          John E. Jones, Jr., Pro Se
392 Boylston St.
Newton, MA 02459
617-558-3522


**Charles A. Perkins, Jr., Esq.**           **Gary Daddario, Esq.**
**Perkins & Anctil P.C.**
**73 Princeton Street, Suite 306**
**North Chelmsford, MA 01863-1558**
**(978) 251-8509**

**August 29, 2005**