UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350-JLT

DIANE SCOTT-JONES AND JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
     )
    v. )
     )
CHARLES A. PERKINS, JR., GARY DADDARIO, )
and PERKINS & ANCTIL, P.C., )
    Defendant )

**NOTICE OF APPEARANCE**

    Kindly enter my appearance on behalf of the Defendants, Charles A. Perkins, Esq., Gary Daddario, Esq., and Perkins & Anctil, P.C. in the above-captioned case.

Respectfully submitted,
By their Attorneys

_____
James S. Franchek (BBO #177030)
Franchek & Porter, LLC
85 Devonshire St, 6th FL
Boston MA  02109
Dated: August 29, 2005    (617) 573-0020

CERTIFICATE OF SERVICE

    I, James S. Franchek, attorney for the defendants in the above-captioned matter, do hereby certify that on this 29th day of August, 2005, I certify that a copy of this Notice of Appearance was served on the Plaintiffs by transmitting a copy of same, via e-mail, telecopier as well as first class mail, to Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se, 392 Boylston St, Newton MA  02459.

_____
James S. Franchek