UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350-JLT

DIANE SCOTT-JONES AND JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
     )
v. )
     )
CHARLES A. PERKINS, JR., GARY DADDARIO, )
and PERKINS & ANCTIL, PC )
    Defendants )
     )

## JOINT STATEMENT

Pursuant to the Notice of Scheduling Conference (to be held on September 6, 2005, at 11:30 am), and in accordance with F.R.Civ.P. 16(b) and LR 16.1, Plaintiffs Diane Scott-Jones and John E. Jones, Jr., (hereinafter "Plaintiffs"), and Defendants Charles A. Perkins, Jr., Gary Daddario and Perkins & Anctil, P.C. (collectively "Perkins & Anctil"), hereby submit their joint statement for the above referenced case.

**TRIAL COUNSEL**

**Counsel for Plaintiffs**

Diane Scott-Jones and John E. Jones, Jr., represent themselves as Pro Se Litigants.

**Counsel for Perkins**

Charles A. Perkins, Jr., Gary Daddario and their firm, Perkins & Anctil, PC. are represented by Attorney James S. Franchek, Franchek & Porter, LLC, 85 Devonshire Street, Boston, Massachsuetts 02109. Telephone: (617) 573-0020, Fax: (617) 723-0977. Email: jsfranchek@franchekporter.com.

**JURY DEMAND**

Plaintiffs request a trial by jury. Perkins & Anctil hereby demand a trial by jury on all issues so triable.

**PRETRIAL SCHEDULE**

**Motions**

Perkins & Anctil will file a Motion for Summary Judgment by September 13, 2005. The same will be accompanied by a Motion to Stay Discovery Pending Summary Judgment Decision.

The parties have agreed that, from the inception thereof, a 90-day discovery period is sufficient for this case.

No later than five days prior to the scheduling conference, Plaintiffs will file a Motion for Leave of Court to Amend Plaintiffs' Complaint and any other motions.

**Joint Discovery Plan**

<u>Plaintiffs anticipate calling the following witnesses to testify at trial either live or by transcribed and/or videotaped deposition:</u>

1. Sheryl A. Sarkis
   Receiver, 392-394 Boylston Commons Condominium
   P. O. Box 95022
   Newton, MA 02495
   617-241-7779

2. Lawrence W. DeCelle, Jr.
   155 Kendrick St.
   Unit 407
   Quincy, MA 02169
   (617) 472-8339

3. James S. DeCelle
   The DeCelle Group
   400 Washington St., Suite LL-9
   Braintree, MA 02184

   (781) 794-6800

4. Douglas Troyer, Esq.
   Marcus, Errico, Emmer & Brooks, PC
   45 Braintree Office Park, Suite 107
   Braintree, MA 02184
   (781) 843-5000

5. Paul L. Tocci, Jr.
   Waverly Landscape Associates
   1010 Pleasant St.
   Belmont, MA 02478
   617-484-3360

6. Alison Levins
   135 Pleasant St., Suite 205
   Brookline, MA 02446-7185
   617-515-3907

7. John Rosenthal, President
   Meredith Management Corporation
   One Bridge Street, Suite 300
   Newton, MA 02458-1101
   617-965-2200

8. Richard O'Regan
   City of Newton Inspectional Services Department
   1000 Commonwealth Ave.
   Newton Centre, MA 02459
   617-796-1060

9. Gerald Brown
   Former Acting Commissioner
   City of Newton Inspectional Services Department
   1000 Commonwealth Ave.
   Newton Centre, MA 02459
   617-796-1060

10. J. David Naparstek, Commissioner
    City of Newton Health Department
    1294 Centre St.
    Newton, MA 02459-1544
    (617) 796-1420

11. Robert R. DeLuca
    Senior Sanitary Inspector
    City of Newton Health Department
    1294 Centre St.
    Newton, MA 02459-1544
    (617) 796-1420

12. Martha Aherin Horn
    Liaison to Newton Conservation Commission
    Department of Planning and Development
    1000 Commonwealth Ave.
    Newton Centre, MA 02459
    617-796-1000

13. Robert Fox & Alan Fox
    Fox Development Services
    266 Summer St., 3rd Floor
    Boston, MA 02210
    617-338-7772

14. Jason R. Dickinson
    Customer Service Specialist
    HSBC Mortgage Corporation (USA)
    2929 Walden Ave.
    Depew, NY 14043
    800-338-4626, extension 6525

15. Andrea Failia
    Mortgage Servicing
    Tax Escrow Department
    HSBC Mortgage Corporation (USA)
    2929 Walden Ave.
    Depew, NY 14043
    800-338-4626

**Perkins & Anctil**

Perkins & Anctil anticipate the following witnesses (as well as depositions from the list set forth in the initial discovery disclosure and reserving the right to supplement):

1. Sheryl A. Sarkis (information regarding operations of Court-Appointed Receiver in underlying action)
   Uncertain business address at the time of this writing as Ms. Sarkis is transferring from one management company to another.

2. Gary M. Daddario (information regarding the attempted collection of assessments levied by the Court-Appointed Receiver)
   Perkins & Anctil, P.C.
   73 Princeton Street, Suite 306
   North Chelmsford, MA 01863
   978-251-8509

4

3. Charles A. Perkins, Jr. (information regarding the attempted collection of assessments levied by the Court-Appointed Receiver)
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
978-251-8509

4. Stephen M. Marcus, Esq. (fact witness)
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
781-843-5000

Plaintiffs request that Defendants provide, within 30 days of the submission of this Joint Statement, a copy of all documents and correspondence, including electronic mail, that Charles A. Perkins, Jr., Gary Daddario, or Perkins & Anctil sent to or received from any of the persons or organizations listed below. This request covers the period of time from the appointment of the Receiver Sheryl A. Sarkis on June 24, 2004, to the present.

Sheryl A. Sarkis,

John Rosenthal,

Lawrence W. DeCelle, Jr.,

James S. DeCelle,

Waverly Landscape Associates,

Paul L. Tocci, Jr.,

Douglas Troyer,

Alison Levins,

HSBC Mortgage Corporation (USA),

and any employee of the City of Newton, particularly Richard O'Regan and Martha Aherin Horn.

5

Plaintiffs also request a copy of all documents and correspondence, including electronic mail, exchanged between Sheryl A. Sarkis or Alison Levins and:

Lawrence W. DeCelle, Jr.,

James S. DeCelle,

Waverly Landscape Associates,

Paul L. Tocci, Jr.,

Douglas Troyer,

Alan Fox,

Robert Fox,

and any employee of the City of Newton, particularly Richard O'Regan and Martha Aherin Horn.

Within 14 days of the Counsel Conference, the Plaintiffs will provide Perkins & Anctil with a copy of documents that the Plaintiffs will use to support their claims, if Plaintiffs believe the Defendants do not have the documents in their possession. In particular, the Plaintiffs will provide the Defendants with a copy of the transcripts of the hearings held in Middlesex Superior Court, Civil Docket No. 03-05103, on February 3, February 8, and July 28, 2005, if the Defendants do not have these transcripts.

Perkins & Anctil has complied with the July 7, 2005 Discovery Order by issuing the statement filed herewith. Perkins calls upon Plaintiffs to do the same.

In accordance with F.R.Civ.P. 26(f)(4), this Joint Statement and Joint Discovery Plan meet the requirement of both parties' providing a written report outlining a proposed discovery plan to the Court no later than 14 days after the Counsel Conference, which was held on August 16, 2005.

Plaintiffs request a time period of 90 days between the scheduling conference and the beginning of the trial. Perkins notes that the parties agreed to a 90-day discovery period at the time of their August 16th conference. Perkins further notes that Plaintiffs were made aware of the imminent filing of a Motion for Summary Judgment and a Motion to Stay Discovery at that time. Perkins requests that trial be scheduled after the above-described Motions, any discovery period ordered by the Honorable Court and a Final Pre-Trial Conference.

**Certifications**

Plaintiffs and Perkins & Anctil certify that on August 16, 2005, a Counsel Conference was held via telephone conference call between 11:30 and 11:45 am. Plaintiffs Diane Scott-Jones, John E. Jones, Jr., and Defendants Charles A. Perkins, Jr., and Gary Daddario of Perkins & Anctil, PC, were present for the conference call.

Plaintiffs cannot accurately forecast a budget for the costs of conducting the full course of the litigation. Plaintiffs certify that they decline the use of alternative dispute resolutions.

Defendants submit that they have discussed the litigation budget for the various stages of this litigation with counsel. Defendants further certify that they would consent to the use of alternative dispute resolution in this matter.

Respectfully submitted and certified,

Diane Scott-Jones, Pro Se
John E. Jones, Jr., Pro Se
392 Boylston St.
Newton, MA 02459
617-558-3522

Charles A. Perkins, Jr., Esq.
Gary Daddario, Esq
Perkins & Anctil P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863-1558
(978) 251-8509

By Their Attorneys,

/s/ James S. Franchek
James S. Franchek (BBO # 177030)
FRANCHEK & PORTER, LLC
85 Devonshire Street
Boston, Massachusetts 02109
(617) 573-0020
Email: jsfranchek@franchekporter.com

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I, James S. Franchek, attorney for the defendants in the above-captioned matter, do hereby certify that on this 29th day of August, 2005, I certify that a copy of this Notice of Appearance was served on the Plaintiffs by transmitting a copy of same, via e-mail, telecopier as well as first class mail, to Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se, 392 Boylston St, Newton MA 02459.

/s/ James S. Franchek
James S. Franchek