UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
v. )
 )
CHARLES A. PERKINS, JR., GARY M. DADDARIO, and )
PERKINS & ANCTIL, PC )
    Defendants )

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COME** the Plaintiffs in the above-captioned matter and hereby request, pursuant to Fed. R. Civ. P. 12(c), that this Honorable Court rule in the Plaintiffs' favor, based on the pleadings filed to date, for all claims except those in paragraphs 14, 15, and 17 in Plaintiffs' Complaint, and find that Defendants violated the Fair Debt Collection Practices Act. As grounds for this Motion for Judgment on the Pleadings, the Plaintiffs submit that Defendants' Answer to Plaintiffs' Complaint fails to aver a legally sufficient defense. Substantial elements of the Defendants' affirmative defenses listed in their Answer are restatements of issues on which the Court previously ruled in denying the Defendants' Motion to Dismiss.

The Plaintiffs are simultaneously filing a Motion for Leave of Court to Amend and Supplement Complaint. The Plaintiffs will ask the Court to combine the claims in their Proposed Amended and Supplemented Complaint with any claims not resolved as a result of the Motion for Judgment on the Pleadings. The Plaintiffs anticipate that their

1

claims in paragraphs 14, 15, and 17 of their Complaint cannot be decided on the pleadings; the Plaintiffs will state these claims with greater specificity and will state additional related claims in their Proposed Amended and Supplemented Complaint.

The Plaintiffs set out the grounds for this Motion more fully in the attached Memorandum of Law in Support of Plaintiffs' Motion for Judgment on the Pleadings.

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court:

A. Award Plaintiffs the following amounts, including:

$3,000 in statutory damages;

$5,123.42 in fees demanded by the Defendants, plus any other fees demanded, or a waiver of any fees Defendants, their client Sheryl A. Sarkis, and/or any other interested party claim the Plaintiffs owe for debt collection actions;

$250 Court filing fee;

$201.90 U.S. Marshals fee for serving summons;

an amount to be determined for pro se Plaintiffs' time and loss of standing in employment and career, including but not limited to one-half of academic year salary to pay for one semester leave taken by Plaintiff Diane Scott-Jones and days taken from work and air fare from Washington to Boston for Plaintiff John E. Jones, Jr.;

and all other costs of Plaintiffs' efforts to defend themselves against the Defendants' unjust debt collection actions.

B. Appoint a competent attorney as class counsel to identify and represent the class of persons who are or have been the targets of Defendants' violations of the Fair Debt Collection Practices Act.

C. Take any and all other actions judged to be in the interest of justice.

Respectfully submitted,

_____        _____
Diane Scott-Jones, Pro Se              John E. Jones, Jr., Pro Se
392 Boylston Street, Newton, MA 02459
617-558-3522
September 6, 2005

CERTIFICATE OF SERVICE

We hereby certify this 6th day of September, 2005, that a true copy of the foregoing was served upon Attorney James S. Franchek for the Defendants,

_____        _____
Diane Scott-Jones, Pro Se              John E. Jones, Jr., Pro Se

3