392 Boylston St., Newton, MA 02459<br>
617 558-3522

September 1, 2005
VIA FACSIMILE 617 748-9096

Ms. Zita Lovett, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

RE: Civil Action No. 05-10350JLT
    Diane Scott-Jones et al. v. Charles A. Perkins et al.

Dear Ms. Lovett:

As we discussed by telephone, we want to clarify our efforts to meet requirements for the Joint Statement and the September 6, 2005, Scheduling Conference.

In our Joint Statement, p. 5, we noted that we would "No later than five days prior to the scheduling conference...file a Motion for Leave of Court to Amend Plaintiffs' Complaint and any other motions." You explained that we are not required to file all motions prior to the Scheduling Conference. Therefore, we will take more time to prepare and will discuss filing of the motions at the Scheduling Conference.

To comply with the requirements for Discovery, we have anticipated that the Defendants may not have transcripts of relevant Superior Court hearings. Accordingly, on p. 5 of our Joint Statement, we offered to provide these transcripts within 14 days of the August 16, 2005, Counsel Conference. That deadline is today; however, the Defendants have noted they intend to file a Motion to Stay Discovery and have not agreed to provide any information to the Plaintiffs. The Defendants also have not told us whether they have already obtained these transcripts. As you suggested, we will bring a copy of the transcripts to September 6, 2005 Scheduling Conference and will await further instructions regarding Discovery.

After our telephone conversation, we realized that our Joint Statement should have noted the information each witness can provide in testimony or depositions. All persons listed have some information about Defendants' unfair debt collection practices and/or the fraudulent topographic land survey that led to the unfair debt collection practices.

Sincerely,

*Diane Scott-Jones*              *John E. Jones Jr.*
Diane Scott-Jones, Pro Se         John E. Jones, Jr., Pro Se

cc: Attorney James S. Franchek for the Defendants