UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE SCOTT-JONES AND JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, | * * * * * * | |
| Plaintiffs, | * * * | |
| v. | * * * | Civil Action No. 05-10350-JLT |
| CHARLES A. PERKINS, JR., GARY M. DADDARIO, AND PERKINS & ANCTIL, P.C., | * * * * | |
| Defendants. | * | |

ORDER

September 7, 2005

TAURO, J.

After a conference on September 6, 2005, this court hereby orders that:

1. The Parties will complete Discovery by November 30, 2005.

2. The Parties will appear before the court on December 6, 2005, at 10:30 a.m. for a Further Conference.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge