UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                        CIVIL ACTION NO. 05-10350JLT

)
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
PERKINS & ANCTIL, P.C., et.al. )
    Defendants. )
)

## DEFENDANTS' STATEMENT REGARDING
## JULY 7, 2005 DISCOVERY ORDER

    NOW COME the Defendants, Perkins & Anctil, P.C., Charles A. Perkins, Jr. and Gary M. Daddario (hereinafter referred to as "Perkins & Anctil"), and hereby state as follows relative to the July 7, 2005 Discovery Order:

1. The following are the individuals likely to have discoverable information to be used in defense of this action:

    a.    Sheryl A. Sarkis (information regarding operations of Court-
   Appointed Receiver in underlying action)
   P.O. Box 95022
   Newton, MA 02495
   617-241-7779

    b.    Gary M. Daddario (information regarding the attempted collection of
   assessments levied by the Court-Appointed Receiver)
   Perkins & Anctil, P.C.
   73 Princeton Street, Suite 306
   North Chelmsford, MA 01863
   978-251-8509

    c.       Charles A. Perkins, Jr. (information regarding the attempted collection of assessments levied by the Court-Appointed Receiver)
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
978-251-8509

    d.       Stephen M. Marcus, Esquire
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park
Braintree, MA. 02184
781-843-5000

2. Perkins & Anctil state that within the scope of Federal Rule of Civil Procedure, Rule 26, the only relevant, probative and/or material documents that may be used in defense of this action consist of the following:

    a.       Correspondence issued between Perkins & Anctil and Plaintiffs and attachments thereto; and

    b.       All pleadings in the underlying Superior Court Litigation with authorities cited therein.

All of these documents either originated with or have been previously supplied to Plaintiffs.

3. Perkins & Anctil's damages to date relative to this action are the attorneys' fees and costs associated therewith both for themselves and for counsel

4. Perkins & Anctil is self-insured for purposes of this claim.

5. Perkins & Anctil may depose the following persons in conjunction with defense of this action:

    a.       Plaintiff Diane Scott-Jones

    b.       Plaintiff John E. Jones, Jr.

    c.       Stephen M. Marcus, Esquire

    d.       Henry Goodman, Esquire

    e.       Chair of the Attorney's Committee of the Community Association Institute of New England, Inc.

Perkins & Anctil reserves the right to supplement this list as information is provided by the Plaintiffs.

Sworn and signed under the pains and penalties of perjury this 7th day of September, 2005.

_____         _____
Charles A. Perkins, Jr.          Gary M. Daddario

Perkins & Anctil, P.C.

By: _____

Perkins & Anctil, P.C.,
Charles A. Perkins, Jr. and
Gary M. Daddario,
By Their Attorneys,

_____
James S. Franchek (BBO # 177030)
FRANCHEK & PORTER, LLC
85 Devonshire Street
Boston, Massachusetts 02109
Tel.: 617.573.0020
Fax: 617.723.0020
Email: jsfranchek@franchekporter.com

CERTIFICATE OF SERVICE

I, James S. Franchek, attorney for the defendants in the above-captioned matter, do hereby certify that on this 7th day of September, 2005, I caused a copy of the above document to be served on the Plaintiffs by transmitting a copy of same, via e-mail, telecopier as well as first class mail, to Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se, 392 Boylston St, Newton MA 02459.

_____
James S. Franchek