UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

| | |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br>     Plaintiffs, <br><br> v. <br><br> CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE OF COURT TO AMEND AND SUPPLEMENT THEIR COMPLAINT

NOW COME the above-captioned Defendants (collectively "Perkins & Anctil") and respectfully submit, by and through counsel, pursuant to Federal Rules of Civil Procedure Rule 15 ("Rule 15"), this Opposition to Plaintiffs' Motion for Leave of Court to Amend and Supplement Their Complaint to this Honorable Court.

In opposition, Perkins & Anctil state:

1. Plaintiffs' Motion for Leave of Court to Amend and Supplement Their Complaint ("the Motion") is untimely. The Plaintiffs' Joint Statement for the Discovery Conference indicated that a Motion to Amend would be filed no later than five days prior to the Scheduling Conference. Rather, the Plaintiffs filed said Motion at the Scheduling Conference. Perkins & Anctil will be prejudiced by the late Motion as, by the time it was received, significant preparation of Perkins & Anctil's Motion for Summary Judgment had already been completed. If this

Honorable Court allows amendment of the Complaint, additional pleadings will be required.

2. Rule 15 indicates that one amendment may be filed as a matter of course prior to service of a responsive pleading. Both Perkins & Anctil's Motion to Dismiss and Perkins & Anctil's Answer have been served prior to this Motion.

3. Rule 15 indicates that the Court may freely give leave to amend when justice so requires. At present, for the reasons stated above and below, justice requires denial of the Motion.

4. As grounds for the Motion, Plaintiffs state "new information allows the Plaintiffs to: state with greater specificity a subset of their claims against the Defendants and to supplement their Complaint with events that occurred or that Plaintiffs discovered after they filed their Complaint." The alleged grounds simply do not hold true. Plaintiffs' Complaint was filed on February 18, 2005. Plaintiffs' new allegations involve: a) February 7, 2005 notices to their first mortgage holder; b) the January 27, 2005 Motion submitted by Perkins & Anctil to the Superior Court on behalf of the Receiver; and c) the February 3, 2005 and February 8, 2005 hearings before the Superior Court. Each and every of these events occurred prior to the filing of the Complaint and Plaintiffs were aware of every relevant detail of information relative to these events prior to filing the Complaint. There is no just reason for Plaintiffs to have omitted these allegations from the original Complaint or for them to add the same thereto now.

5. In addition, to the extent that Plaintiffs' new allegations relate to matters before the Superior Court and outside of Perkins & Anctil's debt collection efforts (*e.g.* the injunction prohibiting Plaintiffs from contacting John Rosenthal), the same are not relevant to this proceeding. Moreover, this Honorable Court is not a forum for mislabeled appeals of lower court actions.

6. Rule 15 allows supplemental pleadings setting forth transactions or events subsequent to the date of the original pleading. As set forth in Paragraph 4 above, none of the Plaintiffs' new allegations relate to matters subsequent to the original Complaint in this matter.

WHEREFORE, Perkins & Anctil respectfully requests that this Honorable Court:

A. Deny Plaintiffs' Motion for Leave of Court to Amend and Supplement Their Complaint;

B. Deny Plaintiffs any of the relief sought;

C. Grant Defendants' Motion for Summary Judgment; and

D. Take any other action deemed to be in the best interest of justice.

Respectfully submitted,
For all Defendants

_____
James S. Franchek (BBO #177030)
Franchek & Porter, LLC
85 Devonshire St, 6th FL
Boston MA  02109
(617) 573-0020

Dated: September 14, 2005