UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                  CIVIL ACTION NO. 05-10350JLT

```
_____
                                    )
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM        )
TRUST,                              )
      Plaintiffs,                   )
                                    )
v.                                  )
                                    )
CHARLES A. PERKINS, JR., GARY M.    )
DADDARIO and PERKINS & ANCTIL, P.C.,)
      Defendants.                   )
_____)
```

## DEFENDANTS' OPPOSITION TO
## PLAINTIFFS'MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COME the above-captioned Defendants (collectively "Perkins & Anctil") and respectfully submit, by and through counsel, pursuant to Federal Rules of Civil Procedure Rule 56 and Massachusetts Local Rules Rule 56.1, this Opposition to Plaintiffs' Motion for Judgment on the Pleadings to this Honorable Court. This Opposition "tracks" the format of Plaintiffs' Memorandum of Law in Support of Motion for Judgment on the Pleadings.

**I.      PRELIMINARY STATEMENT (Statement of Disputed Facts)**

The Plaintiffs failed to submit a separate statement of facts on the record as set forth in Local Rule 56.1. In addition, their "Preliminary Statement" neither sets forth material facts not in dispute, nor provides citation to the record to establish the facts set forth therein as required by Local Rule 56.1.

In response to the Preliminary Statement, Perkins & Anctil denies any and all allegations suggesting that Perkins & Anctil violated the Federal Fair Debt Collection Practices Act ("FDCPA"). Perkins & Anctil further states that facts not relative to

Perkins & Anctil's actions in attempting to collect the delinquent assessment are not relevant to the Plaintiffs' claims in this matter.

Finally, Perkins & Anctil directs this Honorable Court's attention to the Defendants' Motion for Summary Judgment, Memorandum of Law in Support thereof and the Affidavits of Sheryl Sarkis, Charles A. Perkins, Jr. and Gary M. Daddario.

## I. (sic) ARGUMENT

### A. JURISDICTION

As this Honorable Court is aware, the Defendants' Motion to Dismiss was denied with a single, conclusory statement that condominium assessments qualify as debts under the FDCPA. While this Honorable Court cited authority of another jurisdiction to support this proposition, Perkins & Anctil cited authority favoring the alternative. It appears that this question has not been decided in the First Circuit. Accordingly, and with all due respect to this Honorable Court, Perkins & Anctil reiterates this argument (citing additional authority) in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment and continues to assert this defense to preserve appellate rights.

### B. FAILURE TO STATE A CLAIM, LACK OF STANDING, FRIVOLOUS, RETALIATORY AND BAD FAITH ACTION

Despite Plaintiffs' contrary assertion, these issues were clearly not analyzed by this Honorable Court in the May 16, 2005 denying the Motion to Dismiss. Accordingly, and with all due respect to this Honorable Court, Perkins & Anctil reiterates these arguments in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment and continues to assert the same to preserve appellate rights.

### C. DEFENSES RELATING TO LEGITIMACY OF DEBT

Perkins & Anctil does not rely upon such defenses to prevail in this matter. As set forth in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Perkins & Anctil is entitled to judgment in this matter irrespective of the validity of the debt.

In Perkins & Anctil's Memorandum of Law in Support of the Defendants' Motion for Summary Judgment, Perkins & Anctil analyzes each and every of Plaintiffs' allegations and explains why none support the conclusion that a violation of the FDCPA was committed.

### D. SUBMITTED CORRESPONDENCE

The correspondence issued by Perkins & Anctil has been submitted to this Honorable Court. As set forth in great detail in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, these documents do not establish FDCPA violations.

### E. UNINTENTIONAL OR BONA FIDE ERRORS DEFENSE

That Perkins & Anctil did not include these defenses in the Answer or Motion to Dismiss neither entitles Plaintiffs to Judgment on the Pleadings nor supports any of Plaintiffs' allegations. Perkins & Anctil notes that in pleading these defenses one indicates, at least implicitly, that one has, in fact, violated the FDCPA. As set forth in all of Perkins & Anctil's pleadings, Perkins & Anctil believes that no such violations were committed in this matter. However, as set forth in the Affidavit of Charles A. Perkins, Jr. and the Affidavit of Gary M. Daddario, should this Honorable Court determine that an

FDCPA violation has been committed, Perkins & Anctil wishes to state that the same was both unintentional and inadvertent error.

WHEREFORE, Perkins & Anctil respectfully requests that this Honorable Court:

A. Deny Plaintiffs' Motion for Judgment on the Pleadings;

B. Deny Plaintiffs any of the relief sought;

C. Grant Defendants' Motion for Summary Judgment; and

D. Take any other action deemed to be in the best interest of justice.

Respectfully submitted,<br>
For all Defendants<br><br>
_____<br>
James S. Franchek (BBO #177030)<br>
Franchek & Porter, LLC<br>
85 Devonshire St, 6th FL<br>
Boston MA  02109<br>
(617) 573-0020

Dated: September 14, 2005