UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                    CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br>     Plaintiffs, <br><br> v. <br><br> CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the above-captioned Defendants (collectively "Perkins & Anctil") and respectfully submit, pursuant to Massachusetts Federal Rules of Civil Procedure Rule 56(b) and Local Rules for the District of Massachusetts Rule 56.1, this Motion for Summary Judgment to this Honorable Court. As grounds for this Motion, Perkins & Anctil states that:

1. There is no genuine dispute as to any material fact; and
2. Perkins & Anctil is entitled to judgment as a matter of law.

Each of these grounds is more fully set forth in the Memorandum of Law in Support of this Motion as well as the attached Exhibits and Affidavits, all of which have been filed herewith.

In making this Motion, Perkins & Anctil reserve all rights, to the extent permitted by law, to additional defenses and to counterclaims against the Plaintiffs as well as to

bring independent claims against Diane Scott-Jones and John E. Jones, Jr. including, but not limited to, a Motion filed, pursuant to Massachusetts Federal Rules of Civil Procedure Rule 54(d), subsequent to this Honorable Court's decision on this Motion stating that Plaintiffs' action is retaliatory, frivolous and in bad faith and seeking Perkins & Anctil's attorneys' fees and costs relative to defense of this suit.

WHEREFORE, Perkins & Anctil respectfully request that this Honorable Court:

A. Award Defendants Summary Judgment with respect to each claim of the Complaint;

B. Find that Plaintiffs' action is retaliatory, frivolous and in bad faith;

C. Schedule a hearing regarding assessment of Perkins & Anctil's damages; and

D. Take any other action deemed to be in the best interest of justice.

Respectfully submitted,
For all Defendants

James S. Franchek (BBO #177030)
Franchek & Porter, LLC
85 Devonshire St, 6th FL
Boston MA  02109
(617) 573-0020

Dated: September 14, 2005