UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                              CIVIL ACTION NO. 05-10350JLT

|   |   |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br> Plaintiffs, <br><br> v. <br><br> CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF CHARLES A. PERKINS, JR.

I, Charles A. Perkins, Jr., having personal knowledge of the facts stated below, under oath depose and say as follows:

1. I am over the age of eighteen and have been/am competent to make observations and to testify thereto regarding these matters.

2. The copies attached to the Memorandum of Law in Support of Defendants' Motion for Summary Judgment are true and accurate copies of the originals.

3. It is my belief that I committed no violation of the Federal Fair Debt Collection Practices Act ("FDCPA") in my contacts with the above-captioned Plaintiffs.

4. To the extent that this Honorable Court determines that a violation of the FDCPA has been committed, I wish to state that the same was both unintentional and the result of an inadvertent error.

5. I was retained by the Court-Appointed Receiver, Sheryl Sarkis, to collect a delinquent condominium assessment.

6. My actions in this matter and my contact with Plaintiffs (with exception of teleconference discussion in preparation for this Honorable Court's Scheduling Conference) have been limited to the issuance of the collection letters and notices appearing as Exhibits to the Memorandum of Law.

7. At the time I was retained, I was made to understand that the above-captioned Plaintiffs were personally known to the Receiver and, therefore, positively identified. I was further informed that verification of the debt had been provided to the above-captioned Plaintiffs and that documentation memorializing the same existed. In their first correspondence to me, the Plaintiffs referenced the verification of the debt constituting the delinquent assessment.

8. I am not and have never been counsel to the 392-394 Boylston Commons Condominium ("Boylston Commons").

9. I am not and have never been responsible for or associated with the operations of Boylston Commons.

10. I have no pecuniary interest in the affairs of the Receiver, Sheryl Sarkis, the legal counsel to Boylston Commons, Marcus, Errico, Emmer & Brooks, P.C. or of any vendor that has performed services for Boylston Commons.

11. I have no legal, pecuniary or other interest in the property comprising the Boylston Commons site or any neighboring property or, to my knowledge, of any entity in ownership of such property.

12. With the exception of my normal legal fees for services rendered, I expect and will receive no further compensation of any kind relative to my dealings with the above-captioned Plaintiffs, Boylston Commons or the Receiver, Sheryl Sarkis.

Signed under the pains and penalties of perjury this ___ day of September 2005:

_____
Charles A. Perkins, Jr.