392 Boylston St.<br>
Newton, MA 02459<br>
617 558-3522

September 16, 2005

Ms. Zita Lovett, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

**RE:    Civil Action No. 05-10350JLT**
**Diane Scott-Jones et al. v. Charles A. Perkins et al.**

Dear Ms. Lovett:

Enclosed are documents related to the Defendants' extending the Plaintiffs an offer presented as a Rule 68 Offer of Judgment. Our position is that the Defendants' offer is not a bona fide Rule 68 Offer of Judgment.

We are sending you a copy of these documents for the Court's records, in the event the Defendants attempt in a future proceeding to use these documents to determine costs. (Rule 68 provides: "An offer not accepted shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.")

Thank you for your consideration.

Sincerely,

Diane Scott-Jones, Pro Se                John E. Jones, Jr., Pro Se

cc: James S. Franchek (for Defendants)

392 Boylston St.<br>
Newton, MA 02459<br>
617-558-3522

September 16, 2005

VIA FACSIMILE AND FIRST CLASS MAIL

James S. Franchek<br>
Franchek & Porter, LLC<br>
85 Devonshire Street<br>
Boston MA 02109

Dear Attorney Franchek:

Enclosed is Plaintiffs' response to the document entitled Defendants' Rule 68 Offer of Judgment.

Please note that we received this document via facsimile on September 8, 2005. Your cover letter also indicates that you sent the letter via "email" but we did not receive it in either of our electronic mail accounts. Your Certificate of Service states that you transmitted a copy of the letter via "first class mail" but we did not receive that copy. Your Certificate of Service is dated September 7, 2005, but your cover letter and facsimile cover sheet are dated September 8, 2005, which is the date we received the document. We ask you to exercise greater care in noting dates and modes of transmittal of documents, as receipt of documents in a timely manner is important in the matters at hand.

Thank you for your cooperation.

Sincerely,

Diane Scott-Jones, Pro Se               John E. Jones, Jr., Pro Se

Cc: Ms. Zita Lovett (first class mail)

**FRANCHEK & PORTER, LLC**

COUNSELORS AT LAW

85 DEVONSHIRE STREET
BOSTON, MASSACHUSETTS 02109
TEL. 617.573.0020
FAX 617.723.0977
WWW.FRANCHEKPORTER.COM

September 8, 2005

**PERSONAL AND CONFIDENTIAL**
**VIA FACSIMILE, EMAIL**
**AND CERTIFIED MAIL**

CERTIFIED MAIL No. 7004 1160 0007 4158 8433

Diane Scott-Jones
John E. Jones, Jr.
392 Boylston Street
Newton, MA 02459

      RE:    Diane Scott-Jones et al. v. Perkins & Ancil et al.
              United Stated District
              Court Civil Action No. 05-10350-JLT

Dear Mr. and Mrs. Jones:

      Enclosed please find "Defendant's Rule 68 Offer of Judgment."

                                    Very Truly Yours,

                                    James S. Franchek

JSF/mes
enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
PERKINS & ANCTIL, P.C., et.al. )
    Defendants. )

### DEFENDANTS' RULE 68 OFFER OF JUDGMENT

The Defendants, Charles A. Perkins, Jr., Gary M. Daddario and Perkins & Anctil, P.C. (hereinafter collectively referred to as "Perkins & Anctil"), hereby extend an offer to settle the aforereferenced lawsuit pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of Four Thousand ($4,0000.00), with no interest or costs.

Perkins & Anctil, P.C.,
Charles A. Perkins, Jr. and
Gary M. Daddario,
By Their Attorneys,

James S. Franchek (BBO # 177030)
FRANCHEK & PORTER, LLC
85 Devonshire Street
Boston, Massachusetts 02109
Tel.: 617.573.0020
Fax: 617.723.0020
Email: jsfranchek@franchekporter.com

## CERTIFICATE OF SERVICE

I, James S. Franchek, attorney for the defendants in the above-captioned matter, do hereby certify that on this 7th day of September, 2005, I caused a copy of the above document to be served on the Plaintiffs by transmitting a copy of same by first class mail, postage prepaid and certified mail/return receipt requested to:

Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se,
392 Boylston St, Newton MA 02459.

James S. Franchek