UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
v. )
   )
CHARLES A. PERKINS, JR., GARY M. DADDARIO, and )
PERKINS & ANCTIL, PC )
    Defendants )

## PLAINTIFFS' RESPONSE TO DEFENDANTS' RULE 68 OFFER OF JUDGMENT

**NOW COME** the Plaintiffs in the above-captioned matter and hereby respond to a document entitled Defendants' Rule 68 Offer of Judgment, which the Plaintiffs received via facsimile on September 8, 2005.

In their document, the Defendants' claim they wish to "extend an offer to settle the aforereferenced lawsuit pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of Four Thousand ($4,000.00), with no interest or costs."

The Defendants' offer explicitly excludes costs and therefore does not meet the requirements of Rule 68. Fed. R. Civ. P. 68 provides:

At any time more than 10 days before the trial begins, a party defending against a claim may serve upon the adverse party an offer to allow judgment to be taken against the defending party for the money or property or to the effect specified in the offer, **with costs then accrued**. (emphasis added)

Because the Defendants' offer is not a bona fide Rule 68 offer, no further response from the Plaintiffs is necessary.

1

Respectfully submitted,

*[signature: Diane Scott-Jones]*  *[signature: John E. Jones, Jr.]*

Diane Scott-Jones, Pro Se        John E. Jones, Jr., Pro Se

392 Boylston Street, Newton, MA 02459

617-558-3522

September 16, 2005

CERTIFICATE OF SERVICE

We hereby certify this 16th day of September, 2005, that a true copy of the foregoing was served, via facsimile and first-class mail, upon Attorney James S. Franchek for the Defendants,

*[signature: Diane Scott-Jones]*  *[signature: John E. Jones, Jr.]*

Diane Scott-Jones, Pro Se        John E. Jones, Jr., Pro Se