UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    **Plaintiffs** )
v. )
    )
CHARLES A. PERKINS, JR., GARY M. DADDARIO, and )
PERKINS & ANCTIL, PC )
    **Defendants** )

**PLAINTIFFS' MOTION TO DISMISS (1) DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE OF COURT TO AMEND AND SUPPLEMENT THEIR COMPLAINT, (2) DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS, AND (3) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**

NOW COME the Plaintiffs in the above-captioned matter, which is a Complaint filed on February 18, 2005, under the Fair Debt Collection Practices Act, 15 U.S.C section 1692 et seq., and hereby request this Honorable Court to dismiss:

1. Defendants' Opposition to Plaintiffs' Motion for Leave of Court to Amend and Supplement Their Complaint,

2. Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings,

3. Defendants' Motion for Summary Judgment,

4. Memorandum of Law in Support,

5. Affidavit of Sheryl Sarkis,

1

6. Affidavit of Charles A. Perkins, Jr., and

7. Affidavit of Gary M. Daddario.

The grounds for this motion are: Defendants failed to serve these documents on the Plaintiffs as required by Federal Rules of Civil Procedure 5 and 6. Further, the Defendants have made other inexcusable errors regarding Rule 68 and have failed to act in good faith during the time that has elapsed since the Plaintiffs filed their Complaint on February 18, 2005. The Defendants' actions are unnecessarily and unfairly increasing the costs and time required to seek enforcement of the Fair Debt Collection Practices Act.

Upon information and belief, the Defendants filed the seven previously listed documents on September 14, 2005. The Plaintiffs called the Docket Clerk on October 6, 2005, to inquire about Plaintiffs' Motion for Judgment on the Pleadings and Plaintiffs' Motion for Leave of Court to Amend and Supplement their Complaint, and again on October 7, 2005. The Docket Clerk informed the Plaintiffs that the Defendants had filed the seven previously listed documents and that no certificate of service was filed with the documents.

The grounds for this motion and the facts are set out more fully in the attached Memorandum of Law and Affidavit.

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court:

A. Dismiss all documents submitted by the Defendant on September 14, 2005, as referenced in this Motion.

B. Consider sanctions against the Defendants, if deemed appropriate, and award the Plaintiffs their costs associated with this motion.

C. Take any and all other actions as the Court deems appropriate.

Respectfully submitted,

_____  _____
Diane Scott-Jones, Pro Se    John E. Jones, Jr., Pro Se

October 10, 2005

Diane Scott-Jones and John E. Jones, Jr.
392 Boylston Street, Newton, MA 02459
617-558-3522

CERTIFICATE OF SERVICE

We hereby certify this 10th day of October, 2005, that a true copy of the foregoing was provided to James S. Franchek, counsel for the Defendants Charles A. Perkins, Gary Daddario, and Perkins & Anctil, by certified mail.

_____  _____
Diane Scott-Jones, Pro Se    John E. Jones, Jr., Pro Se