UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
v. )
CHARLES A. PERKINS, JR., GARY M. DADDARIO, and )
PERKINS & ANCTIL, PC )
    Defendants )

AFFIDAVIT OF JOHN E. JONES, JR.

I, John E. Jones, Jr., state upon personal knowledge as follows:

1. I am a meteorologist and the Deputy Director of the National Weather Service, National Oceanic and Atmospheric Administration, U. S. Department of Commerce.

2. My wife, Diane Scott-Jones is a Professor of Psychology at Boston College, Chestnut Hill, MA.

3. My wife and I purchased a condominium at 392-394 Boylston Street on September 1, 2000, as tenants by the entirety. We reside at 392 Boylston St.

4. On September 6, 2005, we filed Plaintiffs' Motion for Leave of Court to Amend and Supplement Their Complaint, Plaintiff's Proposed Amended and Supplemented Complaint, and Plaintiffs' Motion for Judgment on The Pleadings and Memorandum of Law in Support.

1

5. On October 6, 2005, I called Kim Abaid, Docket Clerk for Judge Tauro, to inquire whether any action had been taken on Plaintiffs' Motion for Judgment on the Pleadings and Plaintiffs' Motion for Leave of Court to Amend and Supplement their Complaint.

6. Ms. Abaid informed me that the Defendants submitted an opposition to both motions on September 14, 2005.

7. We had not received a copy of any opposition to the motions listed in #4.

8. On October 7, 2005, I called Ms. Abaid to request a copy of the oppositions. Ms. Abaid agreed to fax a copy of both documents.

9. We read in the Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings a reference to other documents that we had not received: Defendants' Motion for Summary Judgment, Memorandum of Law in Support and the Affidavits of Sheryl Sarkis, Charles A. Perkins, Jr., and Gary M. Daddario.

10. I called Ms. Abaid again on October 7, 2005. She said the documents listed in #9 were also filed on September 14, 2005. Ms. Abaid was reluctant to fax the documents because of the large number of pages.

11. Ms. Abaid stated that no certificate of service was filed with any of the documents filed on September 14, 2005.

12. To date, we have not received copies of the documents listed in #9,

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF OCTOBER 2005**

_____
JOHN E. JONES, Jr.