UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

EASTERN DIVISION

CIVIL ACTION NO. 05-10350JLT

2005 OCT 13  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br>     Plaintiffs, <br><br> v. <br><br> PERKINS & ANCTIL, P.C., et.al. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PERSUANT TO RULE 7.1 (a)(2)

I James S. Franchek do hereby certify pursuant to Local Rule 7.1(a)(2) on this 13th day of October, 2005, I communicated via electronic mail and also via telephone with the Plaintiffs, Diane Scott-Jones and John E. Jones, Jr., and have not been able to resolve our disputes with respect to the Motion for Summary Judgment.

Accordingly, we certify that we have served this day by hand delivery and first class mail the following pleadings:

1. Defendants' Motion for Summary Judgment;

2. Defendants' Memorandum in support of Motion for Summary Judgment;

3. Statement of Material Facts of Record in Support of Motion for Summary Judgment;

4. Affidavit of Gary M. Daddario;

5. Affidavit of Charles A. Perkins, Jr.;

6. Affidavit of Sheryl Sarkis; and.

7. Request for Oral Argument pursuant to Local Rule 7.1(D)

_____
James S. Franchek

## CERTIFICATE OF SERVICE

I, James S. Franchek, attorney for the defendants in the above-captioned matter, do hereby certify that on this 13th day of October, 2005, I caused copies of the following documents:

1. Defendants' Motion for Summary Judgment;

2. Defendants' Memorandum in support of Motion for Summary Judgment;

3. Statement of Material Facts of Record in Support of Motion for Summary Judgment;

4. Affidavit of Gary M. Daddario;

5. Affidavit of Charles A. Perkins, Jr.; and

6. Affidavit of Sheryl Sarkis.

to be served on the Plaintiffs by sending copies of same by first class mail and by hand to:

> Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se,
> 392 Boylston St, Newton, MA 02459.

_____
James S. Franchek