UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                               CIVIL ACTION NO. 05-10350-JLT

|   |   |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, Plaintiffs, v. PERKINS & ANCTIL, P.C., et.al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

### REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7 (D)

NOW COME the Defendants, Charles A. Perkins, Jr., Gary Daddario and Perkins & Anctil, P.C., in the above captioned action and hereby request an oral argument on Defendant's Motion for Summary Judgment.

AS REASONS THEREFORE, the Defendants believe that the issues presented to this court are substantial, and may effect previous practice in the Massachusetts relative to the so called "super lien," established by the Massachusetts Legislature in Massachusetts General Laws Chapter 183A §6(b) and its relationship to the Federal Fair Debt Collection Practices Act. Therefore substantial issues of law are presented. Accordingly, oral argument is requested in order to clarify and respond to any specific questions that the Court might present.

WHEREFORE, the Defendants, Charles A. Perkins, Jr., Gary Daddario and Perkins & Anctil, P.C. hereby request oral argument on the Motion for Summary Judgment filed with the Court.

> Respectfully submitted,
> PERKINS & ANCTIL, P.C.
> By their Attorney
>
> *[signature]*
> James S. Franchek BBO 177030
> FRANCHEK AND PORTER LLC
> 85 Devonshire Street
> Boston, MA 02109
> (617) 573-0020

Dated October 13, 2005

CERTIFICATE OF SERVICE

I, James S. Francheck, Attorney for the Defendant, Perkins & Anctil, P.C., do hereby certify that on this 13th day of October, 2005, I served a copy of the within **Defendant's Request for Oral Argument Pursant to Local Rule 7(D)** to the Plaintiffs by mailing a copy of same to:

Diane Scott-Jones, Pro Se and John E. Jones, Jr., Pro Se
392 Boylston St., Newton MA  02459

_____
James S. Franchek