**FRANCHEK & PORTER, LLC**
COUNSELORS AT LAW
85 DEVONSHIRE STREET
BOSTON, MASSACHUSETTS 02109
TEL. 617.573.0020
FAX 617.723.0977
WWW.FRANCHEKPORTER.COM

October 24, 2005

**VIA FACSIMILE - 617-552-6137**

Diane Scott-Jones
392 Boylston Street
Newton, MA 02459

     RE:   Diane Scott-Jones et al. v. Perkins & Anctil et al.
           United Stated District Court Civil Action No. 05-10350-JLT

Dear Dr. Jones:

    We have received the <u>original documents</u> from Gary Daddario. Please advise as to what you would like us to do with them. As previously mentioned, we will make these documents available for your review in original form at your convenience. Otherwise, we will send the best copies as possible to you.

                                      Very truly yours,

                                      James S. Franchek

JSF/mes

cc:    Kim Abaid