DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    **Plaintiffs** )
  v. )
    )
CHARLES A. PERKINS, JR., GARY M. DADDARIO, and )
PERKINS & ANCTIL, PC )
    **Defendants** )

## PLAINTIFFS' CERTIFICATE PER LOCAL RULE 7.1

The Plaintiffs hereby certify this 21st day of November, 2005, that, per Local Rule 7.1, Plaintiff Diane Scott-Jones contacted Attorney James Franchek's office by telephone to discuss Plaintiffs' Motion for Continuance of Further Conference. Mr. Franchek was not available. Attorney Adam Berkowitz, who had previously agreed to provide Plaintiffs copies of documents Mr. Franchek had not provided, also was not available.

The call was directed to Lindy McMahon, who identified herself as an attorney and stated she is familiar with the instant action but has not filed an appearance. Plaintiff Scott-Jones informed Ms. McMahon that the Motion for Continuance was mailed to Mr. Franchek and to the Court this morning. Ms. McMahon stated she will inform Mr. Franchek of Plaintiffs' request for Continuance.

Respectfully submitted,

*Diane Scott-Jones*
Diane Scott-Jones, Pro Se
November 21, 2005

*John E. Jones, Jr. by DSJ*
John E. Jones, Jr., Pro Se