UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350-JLT

)
DIANE SCOTT-JONES AND JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF 392-394 )
BOYLSTON COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
)
v. )
)
CHARLES A. PERKINS, JR., GARY M. DADDARIO, )
and PERKINS & ANCTIL, P.C., )
    Defendant )
)

### NOTICE OF WITHDRAWAL

Pursuant to Rule 83.5.2 of the Local Rules of the United States District Court for the District of Massachusetts, kindly withdraw my appearance as co-counsel on behalf of the Defendants, Charles A. Perkins, Esq., Gary Daddario, Esq., and Perkins & Anctil, P.C. in the above-captioned case. The Defendants have assented to my withdrawal, there are no motions pending before the court, no trial date has been set and Attorneys Charles A. Perkins and Gary M. Daddario will continue to represent all defendants in this matter.

Dated: November 23, 2005

                                    Respectfully submitted,

                                    James S. Franchek (BBO #177030)
                                    Franchek & Porter, LLC
                                    85 Devonshire St, 6th FL
                                    Boston MA  02109
                                    Telephone: 617-573-0020
                                    Fax: 617-723-0020
                                    Email: jsfranchek@franchekporter.com

CERTIFICATE OF SERVICE

I, James S. Franchek, attorney for the defendants in the above-captioned matter, do hereby certify that on this 23rd day of November, 2005 a copy of this Notice of Withdrawal was served on the Defendants and the Plaintiffs by transmitting a copy of same by first class mail to:

Diane Scott-Jones, Pro Se, and John E. Jones, Jr., Pro Se,
392 Boylston St
Newton MA 02459

Charles A. Perkins, Esq.
Gary M. Daddario, Esq.
Perkins & Anctil, P.C.
73 Princeton Street Suite 306
North Chelmsford, MA 01863

_____
James S. Franchek