UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE SCOTT-JONES and<br>JOHN E. JONES, JR., | *<br>*<br>* | |
| Plaintiff, | *<br>* | |
| v. | *<br>*<br>*<br>* | Civil Action No. 05-10350-JLT |
| CHARLES A. PERKINS, JR.,<br>GARY M. DADDARIO, and<br>PERKINS & ANCTIL, PC, | *<br>*<br>*<br>* | |
| Defendants. | * | |

ORDER

January 4, 2006

TAURO, J.

After a Conference held on January 4, 2006, this court hereby orders that:

1. Plaintiffs' Motion to Strike Notice of Withdrawal of Appearance, Affidavit, and Answer to Amended Complaint [#51] is DENIED;

2. Defendants will have until January 31, 2006 to file a Motion for Summary Judgment;

3. Plaintiffs will have until March 6, 2006 to respond to Defendants' Motion for Summary Judgment;

4. Plaintiffs have until March 6, 2006 to file a Motion for Summary Judgment;

5. Defendants will have until April 5, 2006 to respond to Plaintiffs' Motion for

        <u>Summary Judgment</u>;

6.     No further extension of time will be granted; and

7.     A Further Conference will be held if necessary.

IT IS SO ORDERED.

                                                                            /s/ Joseph L. Tauro
                                                      United States District Judge