# PERKINS & ANCTIL, P.C.
## ATTORNEYS AT LAW

73 PRINCETON STREET, SUITE 306
NORTH CHELMSFORD, MASSACHUSETTS 01863-1558
TELEPHONE (978) 251-8509 • (800) 642-4906
FAX (978) 251-3608
REAL ESTATE FAX (978) 251-3859
www.perkinslawpc.com

CHARLES A. PERKINS, JR.*

ROBERT W. ANCTIL*

GARY M. DADDARIO

ANITA L. CHMILARSKI
DIRECTOR OF OPERATIONS

*ALSO ADMITTED IN NH

OF COUNSEL

ROSEMARY A. MACERO*

EXHIBIT "1"

December 15, 2004

Mr. and Mrs. John Jones, Jr.
392 Boylston Street
Newton, MA  02459

RE:   392-396 Boylston Commons Condominium

Dear Mr. and Mrs. Jones:

      Please be advised this office represents Sheryl Sarkis, as Receiver of the 392-396 Boylston Commons Condominium Trust.  We have been advised by Ms. Sarkis that there is a balance due on your account through December 13, 2004 in the amount of $1,250.00 as well as an additional amount of $390.00 representing legal fees incurred to date in this matter.

      To resolve this matter without the need of any further legal proceedings and expense, please remit a check for the **full amount of $1,640.00** made payable to "Sheryl Sarkis, as Receiver of the 392-396 Boylston Commons Condominium Trust" and forward it to my attention within **fourteen (14) days** of the date of this letter.

## NOTICE OF IMPORTANT RIGHTS TO CONSUMERS

      Pursuant to the Federal Debt Collection Practices Act ("FDCP ACT"), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by debt collector; (2) if the consumer notifies the debt collector in writing within the thirty-day period that the debt or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification of judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.  You should be aware that the FDCP Act only applies to consumer debtors.

Mr. and Mrs. John Jones, Jr.
Page 2
December 15, 2004

     Perkins & Anctil, PC is acting as a debt collector pursuant to the FDCP Act. Any information obtained will be used for that purpose. If you have any questions regarding this correspondence, you should seek the advice of counsel.

                                      Very truly yours,

                                      Charles A. Perkins, Jr.

CAP/sma
cc:    Sheryl Sarkis, as Receiver of 392-396 Boylston Commons Condominium Trust
       Gary M. Daddario, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR.,  )
Individually and as Trustees of the 392-394  )
BOYLSTON COMMONS CONDOMINIUM  )
TRUST,  )
    Plaintiffs,  )
  )
v.  )
  )
CHARLES A. PERKINS, JR., GARY M.  )
DADDARIO and PERKINS & ANCTIL, P.C.,  )
    Defendants.  )

## CERTIFICATE OF SERVICE

    I hereby certify that this document, Exhibit "1" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

                      Respectfully submitted,
                      Defendants

                      Charles A. Perkins, Jr. (BBO #394430)
                      charlie@perkinslawpc.com

                      Gary M. Daddario (BBO #639615)
                      gary@perkinslawpc.com
                      Perkins & Anctil, P.C.
                      73 Princeton Street, Suite 306
                      North Chelmsford, MA 01863
                      (978) 251-8509