EXHIBIT "2"

VIA FIRST CLASS MAIL AND CERTIFIED MAIL

392 Boylston St.
Newton, MA 02459

December 22, 2004

Charles A. Perkins, Jr.
Perkins & Anctil, P.C.
Attorneys at Law
73 Princeton St., Suite 306
North Chelmsford, MA 01863-1558

Dear Attorney Perkins:

We received your December 15, 2004 letter demanding that we pay Receiver Sheryl Sarkis $1640.

First, we are perplexed by the designation, "392-396 Boylston Commons Condominium." Receiver Sheryl Sarkis represents 392-394 Boylston Commons Condominium, as noted in Judge Ralph Gants' June 24, 2004 order. Please explain your use of "392-396 Boylston Commons Condominium."

Second, we do not understand the reference to "your account." Could you send us a copy of the account to which you refer? To our knowledge, Receiver Sheryl Sarkis has not established an account in our name. We have not received a statement of an account in our name since her appointment as receiver on June 24, 2004.

Third, we are concerned that you ask us to write the check to "Sheryl Sarkis, as Receiver of the 392-396 Boylston Commons Condominium Trust." We write our check for monthly fees to 392-394 Boylston Commons Condominium and we do not name Receiver Sheryl Sarkis on our checks.

Last, we have requested clarification of the $1250 charge from Receiver Sheryl Sarkis in an October 29, 2004, letter from our Attorney, John Laymon. Her only response was that the amount assessed is correct. We now have a copy of the "Existing Condition Plan" from The Decelle Group but Receiver Sheryl Sarkis has not provided an adequate justification for this work. We question whether this "Existing Condition Plan" is complete and relevant to the work needed at our condominium. Further, the "Existing Condition Plan" is dated August 21, 2004, but Receiver Sheryl Sarkis did not provide information about it until October 12, 2004.

Under these circumstances, we strongly dispute the charge of $1250 and the legal fee of $390.

Sincerely,

Diane Scott-Jones                    John E. Jones, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                           CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br>  Plaintiffs, <br> v. <br> CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., <br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that this document, Exhibit "2" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

_____
Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509