PERKINS & ANCTIL, P.C.

ATTORNEYS AT LAW

73 PRINCETON STREET, SUITE 306
NORTH CHELMSFORD, MASSACHUSETTS 01863-1558
TELEPHONE (978) 251-8509 • (800) 642-4906
FAX (978) 251-3608
REAL ESTATE FAX (978) 251-3859
www.perkinslawpc.com

CHARLES A. PERKINS, JR *

ROBERT W. ANCTIL*

GARY M. DADDARIO

ANITA L. CHMILARSKI
DIRECTOR OF OPERATIONS

*ALSO ADMITTED IN NH

OF COUNSEL

ROSEMARY A. MACERO*

**EXHIBIT**

**"3"**

December 28, 2004

Diane Scott-Jones
John E. Jones, Jr.
392 Boylston Street
Newton, MA 02459

**Re:    392-294 Boylston Commons Condominium**

Dear Mr. and Mrs. Jones:

As you are aware, this office represents Sheryl Sarkis as Receiver for the above-referenced condominium. I am in receipt of your letter of December 22, 2004 and I am writing to respond to the same.

First and foremost, please note that your letter shall not impact the collection process or the timing thereof. Accordingly, absent payment of your outstanding balance of $1,802.50 (including all legal fees to date) by January 3, 2005, a formal Notice of Default will be issued to you at considerable expense to your account. Payment must be made by check payable to your condominium association and forwarded to this office.

With respect to your question regarding the designation "392-396 Boylston Commons Condominium", you are advised that the same is a typographical error. All such designations were intended to read "392-394 Boylston Commons Condominium".

The term "your account" refers to your financial relationship with the 392-394 Boylston Commons Condominium. At this time, you have an outstanding balance of $1,802.50 and this correspondence is notice thereof. As stated above, absent payment, collection action will continue at further expense to your account in accord with M.G.L. c. 183A, §6(a)(ii). In any court judgment regarding your outstanding balance, the 392-294 Boylston Commons Condominium, Sheryl Sarkis as Receiver, will be statutorily entitled to the court's authorization of a foreclosure of your property.

Mr. and Mrs. Jones
December 28, 2004
Page -2-

At this time, checks made payable to "Sheryl Sarkis, as Receiver of the 392-394 Boylston Commons Condominium Trust" or to "392-394 Boylston Commons Condominium" are equally acceptable for purposes of remitting payment to your condominium association. Be advised, however, that payment must be received in this office.

Finally, please be advised that this collection proceeding is not the appropriate forum in which to conduct inquiry regarding the work underlying the recent assessment. M.G.L. c. 183A and cases decided thereunder by both the Massachusetts Appeals Court and the Supreme Judicial Court dictate that a unit owner first make payment of assessments and thereafter, if applicable, challenge the same.

Until such time as your full outstanding balance has been paid, all correspondence regarding this matter must be directed to this office. Thereafter, appropriate information relative to the work being performed at the condominium may be sought from Ms. Sarkis.

## NOTICE OF IMPORTANT RIGHTS TO CONSUMERS

Pursuant to the Federal Debt Collection Practices Act ("FDCP ACT"), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by debt collector; (2) if the consumer notifies the debt collector in writing within the thirty-day period that the debt or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification of judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. You should be aware that the FDCP Act only applies to consumer debtors.

Perkins & Anctil, P.C., is acting as a debt collector, pursuant to the FDCP Act. Any information obtained will be used for that purpose. The Federal Trade Commission has ruled that the FDCP Act does not preclude the institution of legal action prior to the expiration of the thirty-day period referenced in the statute.

Mr. and Mrs. Jones
December 28, 2004
Page -3-

     If you have any questions regarding this letter, you should seek advice of legal counsel.

Respectfully,

Gary M. Daddario

c:    Sheryl Sarkis, as Receiver of 392-394 Boylston Commons Condominium
      Attorney Charles A. Perkins, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                    CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST,<br>    Plaintiffs,<br><br>v.<br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that this document, Exhibit "3" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

_____
Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509