VIA FACSIMILE, FIRST CLASS MAIL, AND CERTIFIED MAIL

392 Boylston St.
Newton, MA 02459

January 7, 2005

Gary M. Daddario
Perkins & Anctil, P.C.
Attorneys at Law
73 Princeton St., Suite 306
North Chelmsford, MA 01863-1558

Dear Attorney Daddario:

We received your January 4, 2005, letter demanding that we pay $2090 to Receiver Sheryl Sarkis of Meredith Management Corporation. We note that this amount is an increase over the $1802.50 you demanded we pay Receiver Sheryl Sarkis in your December 28, 2004, letter. You have now added $840 to the $1250 you claim we owe.

We again object to the initial $1250 fee. We also object to the attorney's fees, which are now 67% of the debt you claim we owe.

We have asked you in two previous letters to provide evidence of the debt you claim we owe. You have provided no such evidence. We can only surmise that you have no evidence of a legitimate debt. The June 24, 2004, order appointing receiver is not evidence of debt.

We continue to dispute strongly the charge of $1250. We again ask you to provide copies of all documents Receiver Sheryl Sarkis submitted to you related to this claim. We ask you to withdraw your inappropriate claims and threats.

Sincerely,

Diane Scott-Jones

John E. Jones, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394  )
BOYLSTON COMMONS CONDOMINIUM  )
TRUST,  )
    Plaintiffs,  )
  )
v.  )
  )
CHARLES A. PERKINS, JR., GARY M.  )
DADDARIO and PERKINS & ANCTIL, P.C.,  )
    Defendants.  )

## CERTIFICATE OF SERVICE

I hereby certify that this document, Exhibit "6" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

_____
Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509