

# PERKINS & ANCTIL, P.C.
## ATTORNEYS AT LAW

73 PRINCETON STREET, SUITE 306
NORTH CHELMSFORD, MASSACHUSETTS 01863-1558
TELEPHONE (978) 251-8509 • (800) 642-4906
FAX (978) 251-3608
REAL ESTATE FAX (978) 251-3859
www.perkinslawpc.com

CHARLES A. PERKINS, JR.*

ROBERT W. ANCTIL*

GARY M. DADDARIO

ANITA L. CHMILARSKI
DIRECTOR OF OPERATIONS

*ALSO ADMITTED IN NH

OF COUNSEL

ROSEMARY A. MACERO*

January 11, 2005

Diane Scott-Jones
John E. Jones, Jr.
392 Boylston Street
Newton, MA  02459

## NOTICE OF DEFAULT AND INTENT TO COLLECT RENTS
## AND SIXTY (60) DAY NOTIFICATION PURSUANT TO M.G.L. c. 183A., §6(c)

| | |
|---|---|
| CONDOMINIUM ASSOCIATION: | 392-394 Boylston Commons Condominium |
| UNIT OWNER: | Diane Scott-Jones & John E. Jones, Jr. |
| UNIT NUMBER: | 392 |
| PREVIOUS BALANCE THROUGH 01/11/05: | $2,090.00* |
| LEGAL FEES AND COSTS: | |
| Notice of Default | $ 475.00 |
| Title Exam Fee | $  75.00 |
| Title Exam Review Fee | $  25.00 |
| Constable Fee | $  32.00 |
| Certified Mail Fee | $   4.42 |
| **TOTAL AMOUNT DUE:** | **$2,701.42** |

*Plus common area charges which become due, interest, late charges, court costs and reasonable attorney's fees until payment is received in full.

---

Dear Mr. & Mrs. Jones:

   I represent the Board of Trustees of the 392-394 Boylston Commons Condominium. The Trustees have informed me that your account for payment of common area charges is more than sixty (60) days in arrears. Failure to promptly pay common area charges seriously impairs the ability of the Condominium Association to operate efficiently.

   We are in receipt of your letter dated January 7, 2005. As stated in our previous correspondence, you have been provided with sufficient evidence of the outstanding assessment

Mr. & Mrs. John E. Jones, Jr.
January 11, 2005
Page -2-

to warrant your payment of the same. In any event, enclosed is another copy of the October 12, 2004 letter issued to you with an attached invoice representing charges to your Association and to which the assessment will be applied.

Your legal obligation as a Unit Owner to pay common area charges and assessments is required by the following documents:

1. Massachusetts General Laws, Chapter 183A.
2. The Master Deed and By-Laws of the Condominium.
3. The Unit Deed(s) conveying the Unit(s) to you.
4. Your mortgage recorded with the Registry of Deeds.

The aforesaid Condominium Documents, and M.G.L. Chapter 183A, Section 6, as amended, provide the Condominium Association with certain rights and powers to enforce payment. Enforcement may be by judicial action to collect unpaid amounts or by enforcement of the lien created by Chapter 183A, Section 6, by foreclosure. In the event that the Condominium Association exercises its right to enforce the lien by foreclosure, it is possible that your Unit(s) could be sold as part of the foreclosure proceedings to pay the outstanding amounts.

The Condominium Association shall take all appropriate actions to enforce payments and collections which may include, but not be limited to the following:

1. Attachment of rents paid by your tenant(s);

2. Acceleration of your annual assessment;

3. Notification to your mortgagee of the default and of the Association's intention to commence judicial proceedings to enforce payment, as provided for in the Condominium Documents;

4. Perfecting a lien by filing a Complaint with the Middlesex County Superior Court and recording an attested copy with the Middlesex County Registry of Deeds;

5. Foreclosing on said liens; and/or collecting from you said amounts as a personal financial obligation to the Association; and

6. Levying additional late charges and interest until payment in full is received.

You have ten (10) days from your receipt of this Notice, for purposes of the attachment of rents, to deliver to us a written response under the pains and penalties of perjury which response must include: (1) as to the monthly common area fees, proof of payment (cancelled checks,

Mr. & Mrs. John E. Jones, Jr.
January 11, 2005
Page -3-

receipts, etc.); (2) as to all other charges, a plain and simple statement setting forth the grounds upon which you assert the amounts are not correctly calculated or not properly charged and what amount you admit is due. Please note, if in your response to this Notice you knowingly misrepresent any material fact, you may be liable for treble damages in any action brought to recover the amounts due. Please further note that nothing contained in this Notice shall be construed as preventing the 392-394 Boylston Commons Condominium from pursuing any other remedies available at law.

Alternatively, you must remit payment of the full balance by check payable to your condominium association and forwarded to this office within fourteen (14) days of the date of this letter. Absent full payment, or arrangements acceptable to your Board of Trustees, collection action will continue at further expense to your account.

NOTICE OF IMPORTANT RIGHTS TO CONSUMERS

Pursuant to the Federal Debt Collection Practices Act ("FDCP ACT"), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing within the thirty-day period that the debt or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. You should be aware that the FDCP Act only applies to consumer debtors.

Perkins & Anctil, PC, is acting as a debt collector, pursuant to the FDCP Act. Any information obtained will be used for that purpose. The Federal Trade Commission has ruled that the FDCP Act does not preclude the institution of legal action prior to the expiration of the thirty-day period referenced in the statute.

NOTICE PURSUANT TO M.G.L. C. 183A SECTION 6 (c)

Mr. & Mrs. John E. Jones, Jr.
January 11, 2005
Page -4-

      Please be advised that this correspondence shall institute notification that in addition to all items contained hereunder, that pursuant to Massachusetts General Law Chapter 183A, Section 6 (c) that you are at least sixty (60) days delinquent in the payment of the above amounts to the Condominium Association.

      If you have any questions regarding this letter you should seek the advice of counsel.

                          Respectfully,

                          Gary M. Daddario

GMD/lfd
enclosure
c:    Sheryl Sarkis, as Receiver of the 392-394 Boylston Commons Condominium

Boylston Commons Condominium
Sheryl A. Sarkis, As Receivor
P. O. Box 389
Revere, MA 02151
617/241-7779

October 12, 2004

Mr. and Mrs. John Jones, Jr.
392 Boylston Street
Newton, MA 02459

*did not pay c/o 12/14/04*

Mr. Lu Qing/Ms. Yu Cheung
396 Boylston Street
Newton, MA 02459

Dear Unit Owners:

For the past few months we have been working to resolve the situation that currently exists in the rear yard of your property. We have met with City of Newton personnel, engineers and contractors. In this regard, we had to hire an engineer to survey the property so that we could appropriately bid out the necessary specifications to contractors who could remove the fill, regrade and hydroseed the yard, in addition to aerating the area down below that was damaged as a result of the bobcat used in the original scope of the project. The cost of the engineer was $2,500 (copy of bill enclosed for your records).

At this time we find it necessary to assess the Association for the cost of the engineer since there are not adequate funds to cover this unanticipated expense in your operating account/budget.

Each unit owner should submit a check payable to 392-394 Boylston Common Condominium Trust and mail to: P. O. Box 389, Revere, MA 02151 no later than November 15, 2004 in the amount of $1,250. If payment is not received by this date, your account will be forwarded to an attorney for collection action. All legal fees associated with this matter will be the responsibility of the unit owner. Per order of the receivership and in accordance with your Master Deed/By-Laws, Section 5.1.2 etc. unit owners are obliged to pay all common area and special assessments levied.

On a similar note, we have sent out the bid package and are waiting for the price to perform the above-mentioned work. We anticipate that we will have obtained three bids by the end of this month. We will then notify you of your cost associated with the completion of this project. Assuming we receive the appropriate approval(s), as well as the cooperation of the unit owners, we hope to complete the project by the end of the year, weather permitting and the assumption that the funds necessary will be set aside in advance.

We thank you for your continued patience and look forward to a speedy resolution.

Sincerely,


Sheryl A. Sarkis,
As Receivor

CC: Alison Levins, Property Manager

# THE DeCelle Group

400 Washington Street
Suite LL-9
Braintree, MA 02184
1-781-794-6800 (o)   1-781-794-6801 (f)

**Invoice**

| Date | Invoice # |
|---|---|
| 8/30/2004 | 229 |

**Bill To**
Sheryl Sarkis
P.O. Box 389
Revere, MA 02151

| Due Date | Account # | Project |
|---|---|---|
| 8/30/2004 | | 128.043-Newton |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Prepare site plan of 396 Boylston Street showing design and current grades. | 1 | 2,500.00 | 2,500.00 |
| Less applied retainer. | 1 | -850.00 | -850.00 |
| Delivery | | 35.00 | 35.00 |

*Please Call to Discuss Approaching 90 Days*

*Thanks*
*Jim Burke*

| | |
|---|---|
| **Total** | $1,685.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,685.00 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
CHARLES A. PERKINS, JR., GARY M. )
DADDARIO and PERKINS & ANCTIL, P.C., )
    Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that this document, Exhibit "7" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

_____
Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509