EXHIBIT "8"

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                        SUPERIOR COURT
                                                      CIVIL ACTION NO. 03-5103

---

QUING LU and YU CHEUNG, Individually and )
Derivatively on behalf of 392-394 BOYLSTON )
COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
)
v. )
)
DIANE SCOTT-JONES and JOHN JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST )
    Defendants )
_____ )

## ORDER

The above-captioned matter having come before the Court on February 3, 2005 and February 8, 2005 relative to the Court-Appointed Receiver's Motion for Injunction and Order of Payment, the Court has heard from all parties and examined documentation provided. After a full hearing on the merits and examination of relevant evidence, this Court Orders as follows:

1. Defendants Diane Scott-Jones and John Jones, Jr. shall refrain from any and all contact with Meredith Management Corporation and John Rosenthal, President thereof, relative to this matter as said parties have no involvement with the above-captioned case.

2. Documentation reviewed by the Court revealed that the Defendants had been provided with appropriate contact information for Sheryl Sarkis, the Court-Appointed Receiver, prior to their contacts with Meredith Management Corporation and John Rosenthal. Further, documentation reviewed by this Court revealed that the Defendants made comments to Mr. Rosenthal which appeared to be designed to undermine Ms. Sarkis' relationship and credibility with her employer. As such, the Motion for Injunction was made in response to the Defendants' misconduct.

3. Pursuant to M.G.L. c. 183A, §6(a)(ii), "[i]f any expense is incurred by the organization of unit owners as a result of the unit owner's...misconduct...the organization of unit owners may assess that expense exclusively against the unit owner and such assessment shall constitute a lien against that unit from the time the assessment is due, and such assessment shall be enforceable as a common expense assessment under this chapter." Accordingly, the Defendants are hereby Ordered to remit payment of $1,645.75, representing the legal fees and costs associated with the Motion for Injunction as per the Supplemental Affidavit of Counsel, to the Plaintiff, 392-394 Boylston Commons Condominium, by means of payment submitted to the Court-Appointed Receiver.

4. The Defendants are further Ordered to remit payment of $1,250.00, representing the first assessment levied by the Court-Appointed Receiver, to 392-394 Boylston Commons Condominium by means of payment submitted to the Court-Appointed Receiver.

5. Pursuant to M.G.L. c. 183A, §6(a)(ii), "[t]he organization of unit owners may also assess any fees, attorney's fees, charges, late charges, fines, costs of collection and enforcement, court costs, and interest charged pursuant to this chapter against the unit owner and such assessment shall constitute a lien against the unit from the time the assessment is due and shall be enforceable as a common expense assessment under this chapter." Accordingly, the Defendants are hereby Ordered to remit payment of $2,227.67, representing the legal fees and costs associated with the collection of the above-referenced assessment as per the Supplemental Affidavit of Counsel, to the Plaintiff, 392-394 Boylston Commons Condominium, by means of payment submitted to the Court-Appointed Receiver.

_____
Bonnie H. MacLeod, J.

Date: February 15, 2005

---

MIDDLESEX, ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this sixteenth day of February, 2005.

_____
Deputy   Assistant Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
CHARLES A. PERKINS, JR., GARY M. )
DADDARIO and PERKINS & ANCTIL, P.C., )
    Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that this document, Exhibit "8" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

Respectfully submitted,
Defendants

Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509