# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

Civil Docket **MICV2003-05103**

RE:    Lu, indiv & Derivatively on behalf 392-394 Boylston Commons Cond et al v Scott
- Jones, indiv and tr 392-394 Boylston Commons Co



**EXHIBIT**

**"9"**

TO:    Gary M Daddario, Esquire
Perkins & Associates (Charles A)
73 Princeton Street
Suite 306
North Chelmsford, MA 01863

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **07/28/2005**:

*RE: Emergency motion for Stay pending disposition of petition to the supreme judcial court for relief pursuant to G.L. c. 211, Section 3.*

**is as follows:**

**MOTION (P#51) After an extensive hearing and review of the documents, this motion is DENIED. (Leila R. Kern, Justice). Notices mailed July 28, 2005**

Dated at Cambridge, Massachusetts this 28th day of July, 2005.

Edward J. Sullivan,
Clerk of the Courts

BY:

Martha Fulham Brennan
Assistant Clerk

Telephone: 617-494-4010 EXT 4281

Copies mailed 07/28/2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                              CIVIL ACTION NO. 05-10350JLT

_____
                                        )
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM            )
TRUST,                                  )
        Plaintiffs,                     )
                                        )
v.                                      )
                                        )
CHARLES A. PERKINS, JR., GARY M.        )
DADDARIO and PERKINS & ANCTIL, P.C.,    )
        Defendants.                     )
_____)

CERTIFICATE OF SERVICE

        I hereby certify that this document, Exhibit "9" to Defendants' Memorandum of
Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF
system will be sent electronically to the registered participants as identified on the Notice
of Electronic Filing and paper copies will be sent to those indicated as non registered
participants on January 27, 2006.

                        Respectfully submitted,
                        Defendants

                        _____
                        Charles A. Perkins, Jr. (BBO #394430)
                        charlie@perkinslawpc.com

                        _____
                        Gary M. Daddario (BBO #639615)
                        gary@perkinslawpc.com
                        Perkins & Anctil, P.C.
                        73 Princeton Street, Suite 306
                        North Chelmsford, MA 01863
                        (978) 251-8509