**PERKINS & ANCTIL, P.C.**
ATTORNEYS AT LAW

73 PRINCETON STREET, SUITE 306
NORTH CHELMSFORD, MASSACHUSETTS 01863-1558
TELEPHONE (978) 251-8509 • (800) 642-4906
FAX (978) 251-3608
REAL ESTATE FAX (978) 251-3859
www.perkinslaw-pc.com

CHARLES A. PERKINS, JR.•

ROBERT W. ANCTIL•

GARY M. DADDARIO

ANITA L. CHMILARSKI
DIRECTOR OF OPERATIONS

• ALSO ADMITTED IN NH

OF COUNSEL

ROSEMARY A. MACERO•

February 7, 2005

**EXHIBIT**

**"11"**

HSBC Mortgage Corp.
2929 Walden Ave.
Depew, NY  14043

RE:    **Thirty (30) Day Notice to Mortgagee of Intent to Institute Action to Enforce Lien pursuant to M.G.L. c. 183A, §6 (c)**
**Unit Owner(s):        Diane Scott Jones & John E. Jones, Jr.**
**Address:               392-394 Boyston St., Unit 392, Newton, MA 02459**
**Delinquency through 01/11/05:      $2,701.42**

Dear First Mortgage Holder:

Please be advised that this office represents the 392-394 Boylston Commons Condominium Trust relative to the above matter. It is our understanding that your organization holds a first mortgage on Unit #392 located at said Condominium. In accordance with M.G.L. c. 183A, §6(c), notice is hereby given of the Condominium Association's intent to institute a collection and lien enforcement action thirty (30) days from the date of this letter. You may avoid the Association's institution of its collection and lien enforcement action by securing your mortgagor's payment of these sums. Please note, that if institution of this action is necessary, the Association's Lien will have priority over your mortgage to the extent of regular monthly fees due for up to six (6) months, plus all collection costs.

We therefore request your assistance in securing payment by your mortgagor. If you have any questions regarding this letter, you should seek advice of counsel.

Respectfully,

Gary M. Daddario

GMD/lfd
c:      Trustees, 392-394 Boylston Commons Condominium
        Sheryl Sarkis as Receiver
        Diane Scott Jones & John E. Jones, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                          CIVIL ACTION NO. 05-10350JLT

```
                                    )
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394  )
BOYLSTON COMMONS CONDOMINIUM        )
TRUST,                              )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )
CHARLES A. PERKINS, JR., GARY M.    )
DADDARIO and PERKINS & ANCTIL, P.C., )
        Defendants.                 )
                                    )
```

## CERTIFICATE OF SERVICE

I hereby certify that this document, Exhibit "11" to Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

Respectfully submitted,
Defendants

Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509