UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST,<br>     Plaintiffs,<br><br>v.<br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C.,<br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH DEFENDANTS' LOCAL RULE 7.1(A)(2) CERTIFICATION

NOW COME the above-captioned Defendants (collectively "Perkins & Anctil") and respectfully submit to this Honorable Court, pursuant to Massachusetts Federal Rules of Civil Procedure Rule 56(b) and Local Rules for the District of Massachusetts Rules 56.1 and 7.1(A)(2), this Motion for Summary Judgment with Defendants' Local Rule 7.1(A)(2) Certification. As grounds for this Motion, Perkins & Anctil states that:

1. There is no genuine dispute as to any material fact; and

2. Perkins & Anctil is entitled to judgment as a matter of law.

Each of these grounds is more fully set forth in the Memorandum of Law in Support of this Motion as well as the attached Exhibits and Affidavits, all of which have been previously filed. Pursuant to the Electronic Notice issued on January 30, 2006, this Motion has been re-filed with the addition of the Defendants' Local Rule 7.1(A)(2) Certification. As such, the related documents previously filed are still valid.

In making this Motion, Perkins & Anctil reserve all rights, to the extent permitted by law, to additional defenses and to counterclaims against the Plaintiffs as well as to bring independent claims against Diane Scott-Jones and John E. Jones, Jr. including, but not limited to, a Motion filed, pursuant to Massachusetts Federal Rules of Civil Procedure Rule 54(d), subsequent to this Honorable Court's decision on this Motion stating that Plaintiffs' action is retaliatory, frivolous and in bad faith and seeking Perkins & Anctil's attorneys' fees and costs relative to defense of this suit.

WHEREFORE, Perkins & Anctil respectfully request that this Honorable Court:

A. Award Defendants Summary Judgment with respect to each claim of the Complaint;

B. Find that Plaintiffs' action is retaliatory, frivolous and in bad faith;

C. Schedule a hearing regarding assessment of Perkins & Anctil's damages; and

D. Take any other action deemed to be in the best interest of justice.

Respectfully submitted,
Defendants

Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509

Dated: January 50, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

| | |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, Plaintiffs, | ) ) ) ) ) ) |
| v. | ) ) |
| CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., Defendants. | ) ) ) ) |

## DEFENDANTS' LOCAL RULE 7.1(A)(2) CERTIFICATION
## FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOWCOME the above-captioned Defendants and, pursuant to Local Rule 7.1(A)(2), certify that:

1. Attempts to narrow issues or resolve the conflict prior to January 4, 2006 were attempted but were not successful.

2. In addition, all parties appeared before the Honorable Judge Tauro for a Settlement Conference on January 4, 2006. The parties were not successful at narrowing issues or resolving the conflict at that time and, at the session, Judge Tauro allowed for the Defendants to file a Motion for Summary Judgment.

Signed and certified for Defendants,

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

_____
Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509

Dated: January 30, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 05-10350JLT

| | |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., <br> Individually and as Trustees of the 392-394 <br> BOYLSTON COMMONS CONDOMINIUM <br> TRUST, <br>     Plaintiffs, <br><br> v. <br><br> CHARLES A. PERKINS, JR., GARY M. <br> DADDARIO and PERKINS & ANCTIL, P.C., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that this document, Defendants' Motion for Summary Judgment with Defendants' Local Rule 7.1(A)(2) Certification for Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent to those indicated as non registered participants on January 30, 2006. All other documents relative to Defendants' Motion for Summary Judgment are unchanged and paper copies issued on January 27, 2006 are still valid with respect to Defendants' re-filing of said Motion.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com

_____
Gary M. Daddario (BBO #639615)
gary@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509