UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, Plaintiffs v. CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC Defendants | ) ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR CONTINUANCE

**NOW COME** the Plaintiffs and hereby respectfully request a continuance of three weeks, to May 9, 2006, to file Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and to file Plaintiffs' Motion for Summary Judgment. On Tuesday, April 18, 2006, Plaintiffs were granted access to records that had been withheld for eighteen months. Plaintiffs need three weeks to complete their review of the records and to incorporate the information into the documents they will file. Plaintiffs do not anticipate requesting any further continuances before filing these documents.

Respectfully submitted,

 */s/ Diane Scott-Jones*                                */s/ John E. Jones, Jr.*
Diane Scott-Jones, Pro Se                    John E. Jones, Jr., Pro Se
scottjon@bc.edu                                    johnejonesjr@comcast.net
392 Boylston Street, Newton, MA 02459
617-558-3522

**CERTIFICATE OF SERVICE**

We hereby certify that on the 23rd day of April, 2006, this Motion for Continuance filed on this day through the ECF system will be sent electronically to the Defendants, who are registered participants as identified on the Notice of Electronic Filing.

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

| | |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, Plaintiffs v. CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' CERTIFICATE PER LOCAL RULE 7.1(a)(2)**

The Plaintiffs, John E. Jones, Jr., and Diane Scott-Jones, hereby certify this 23rd day of April, 2006, that, per Local Rule 7.1(a)(2), they sent Defendants an electronic mail message and a voice message requesting their consent to Plaintiffs' Motion for Continuance.

Respectfully submitted,

/s/ Diane Scott-Jones
Diane Scott-Jones, Pro Se
scottjon@bc.edu
392 Boylston Street, Newton, MA 02459
617-558-3522

/s/ John E. Jones, Jr.
John E. Jones, Jr., Pro Se
johnejonesjr@comcast.net