**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

                                                      **CIVIL ACTION NO. 05-10350JLT**

|  |  |
|---|---|
| **DIANE SCOTT-JONES and JOHN E. JONES, JR.,** <br> **INDIVIDUALLY AND AS TRUSTEES OF THE 392-394** <br> **BOYLSTON COMMONS CONDOMINIUM TRUST,** <br>       **Plaintiffs** <br> **v.** <br> <br> **CHARLES A. PERKINS, JR., GARY M. DADDARIO, and** <br> **PERKINS & ANCTIL, PC** <br>       **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOW COME** the Plaintiffs in the above-captioned matter and hereby respectfully submit, pursuant to Federal Rules of Civil Procedure Rule 56(a) and (c), this Motion for Partial Summary Judgment. The Plaintiffs respectfully request that this Honorable Court rule in the Plaintiffs' favor on the issue of liability for all counts of the Complaint and find that Defendants violated the Fair Debt Collection Practices Act. The Plaintiffs also respectfully ask the Court to allow Plaintiffs to proceed with Discovery and trial for assessment of damages and assessment of costs of bringing this action.

      As grounds for this Motion, Plaintiffs state that: 1. The material facts support the Plaintiffs' Complaint; and 2. Plaintiffs are entitled to judgment as a matter of law. Defendants have filed a Motion for Summary Judgment in their favor, citing the same grounds, and Plaintiffs are filing their Opposition simultaneously with this Motion.

The grounds for this Motion are set out more fully in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, filed as a single document.

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court:

A. Deny Defendants' Motion for Summary Judgment in its entirety;

B. Allow Plaintiffs' their reasonable expenses incurred in response to Defendants' Motion as provided in Federal Rule 56(g);

C. Consider whether Defendants should be adjudged guilty of contempt as provided in Federal Rule 56(g);

D. Grant Plaintiffs' Motion for Partial Summary Judgment on the question of liability for all counts of their Complaint and allow Plaintiffs to proceed with Discovery and trial for assessment of damages and costs;

E. In the alternative, allow Plaintiffs to proceed with Discovery and trial for any counts of the Complaint not resolved in Plaintiffs' favor;

F. Appoint a competent attorney as class counsel to identify and represent the class of persons who are or have been the targets of Defendants' violations of the Fair Debt Collection Practices Act; and

G. Take any and all other actions judged to be in the interest of justice.

Respectfully submitted,

*/s/ Diane Scott-Jones*  
Diane Scott-Jones, Pro Se  
scottjon@bc.edu  
392 Boylston Street, Newton, MA 02459  
617-558-3522  

*/s/ John E. Jones, Jr.*  
John E. Jones, Jr., Pro Se  
johnejonesjr@comcast.net  

May 8, 2006