UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST,<br>　　Plaintiffs<br>v.<br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC<br>　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

### PLAINTIFFS' CERTIFICATE PER LOCAL RULE 7.1(a)(2)

The Plaintiffs, John E. Jones, Jr., and Diane Scott-Jones, hereby certify this 8th day of May, 2006, that, per Local Rule 7.1(a)(2), they have conferred with Defendants Charles A. Perkins, Jr. and Gary M. Daddario, and have attempted in good faith, but without success, to resolve the issue and settle the case prior to submitting Plaintiffs' Motion for Summary Judgment.

The Plaintiffs held telephone conferences with Defendants on 4 separate occasions:

Monday, February 13, 2006, at 5:30 pm
Friday, March 3, 2006, at 12:30 pm
Wednesday, March 8, 2006, at 5:00 pm
Tuesday, March 28, at 12:30 pm.

The Plaintiffs also corresponded with Defendants via electronic mail on 19 separate occasions between February 6, 2006, and April 13, 2006.

Plaintiffs' initial contacts were in regard to the motions Plaintiffs planned to submit and included offers to settle. After extended discussion and exchange of drafts of settlement agreements, the settlement efforts failed and Plaintiffs proceeded with their Opposition to Defendants Motion for Summary Judgment and with Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |

May 8, 2006