**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

                                                                                                      **CIVIL ACTION NO. 05-10350JLT**

_____
                                                                                          )
**DIANE SCOTT-JONES and JOHN E. JONES, JR.,**    )
**INDIVIDUALLY AND AS TRUSTEES OF THE 392-394** )
**BOYLSTON COMMONS CONDOMINIUM TRUST,**    )
      **Plaintiffs**                                                         )
**v.**                                                                                        )
                                                                                    )
**CHARLES A. PERKINS, JR., GARY M. DADDARIO, and** )
**PERKINS & ANCTIL, PC**                                  )
      **Defendants**                                                      )
_____)

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

    **NOW COME** the Plaintiffs in the above-captioned matter and hereby respectfully ask the Court for permission to exceed the twenty-page limit allowed for a memorandum.

    Plaintiffs are filing their Opposition to Defendants' Motion for Summary Judgment and simultaneously filing Plaintiffs' Motion for Partial Summary Judgment. For economy of presentation, Plaintiffs have combined their Opposition to Defendants' Motion with Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment. The resulting memorandum is twenty-eight (28) pages in length. Filed separately, these two memoranda would be allowed forty (40) pages. Therefore, the twenty-eight (28) page memorandum fulfilling the two purposes is reasonable.

    Plaintiffs respectfully request that Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment be accepted at twenty-eight (28) pages.

Respectfully submitted,

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |

May 8, 2006

CERTIFICATE OF SERV ICE

We hereby certify that on the 8th day of May, 2006, that this document was filed on this day through the ECF system was sent electronically to the Defendants, who are registered participants as identified on the Notice of Electronic Filing.

*/s/ Diane Scott-Jones*           */s/ John E. Jones, Jr.*
Diane Scott-Jones, Pro Se        John E. Jones, Jr., Pro Se