UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br>　　　Plaintiffs <br>v. <br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC <br>　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

**REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)**

　　　NOW COME the Plaintiffs, pursuant to Local Rule 7.1(D), and hereby respectfully request an oral argument on Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

　　　AS REASONS THEREFORE, the Plaintiffs believe that the issues presented to this Court are substantial and oral argument may assist the Court in understanding the Plaintiffs' position. Further, Plaintiffs wish to be heard because information withheld from Plaintiffs was made available on Tuesday, April 18, 2006, and Plaintiffs have had little time to review and incorporate this information in Plaintiffs' Motion and Opposition. Finally, the Court indicated at the January 4, 2006, Settlement Conference (Transcript, p.32. lines 21-24) that a further conference be held after the filing of both motions for summary judgment.

WHEREFORE, the Plaintiffs hereby request oral argument on their Motion for Partial Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment.

Respectfully Submitted,

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |

May 8, 2006