UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST,<br>    Plaintiffs<br>v.<br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

We hereby certify that on the 8th day of May, 2006, that all documents filed on this day through the ECF system will be sent electronically to the Defendants, who are registered participants as identified on the Notice of Electronic Filing.

List of Documents:

1. Plaintiffs' Motion for Partial Summary Judgment

2. Plaintiffs' Certificate per Local Rule 7.1(a)(2)

3. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment

4. Plaintiffs' Statement of Material Facts of Record in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiffs' Motion for Partial Summary Judgment

5. Affidavit of Diane Scott-Jones in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment

6. Affidavit of John E. Jones, Jr. in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment

7. Request for Oral Argument Pursuant to Local Rule 7.1(D)

Respectfully submitted,

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |