**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

**Exhibit 1  Part 1**

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

January 05, 2005

Invoice # 40703

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

| Time | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/14/2004 CAP | Review Receiver information; conference with Sheryl Sarkis; draft correspondence to unit owners | 2.00 195.00/hr | 390.00 |
| 12/20/2004 GMD | Telephone conference w/Atty Throyer re: legal dispute and resulting court-ordered receivership of condominium. Reviewed court order and began legal research re: statutory provisions cited therein. | 0.40 125.00/hr | 50.00 |
| 12/28/2004 GMD | Review letter from Mr. Jones. Draft response letter re: correct name of assoc, correct addressee on payments, requirement to satisfy assessment, questions on project must be separate forum. | 0.90 125.00/hr | 112.50 |
| 12/30/2004 GMD | Research statutory provisions cited in Court Order to determine extent of authority and priority of receiver's claims in collection of debt of unit owners. | 0.50 125.00/hr | 62.50 |

| | | | |
|---|---|---|---|
| SUBTOTAL: | | [ 3.80 | 615.00] |
| **For professional services rendered** | | **3.80** | **$615.00** |
| Balance due | | | $615.00 |

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306

North Chelmsford, MA 01863-1558
(978) 251-8509

*Invoice submitted to:*

392-394 Boylston Commons
c/o Sheryl Sarkis-Receiver
P.O. Box 6
Norwood MA 02062

January 13, 2005

Invoice # 73302

*In Reference To:* Diane Scott-Jones & John E. Jones, Jr.

Professional Services

|  |  | Amount |
|---|---|---|
| 1/11/2005 COL | Preparation and service of Default Letter on Unit Owner and relevant Notices to the First Mortgage Holder; Related telephone conferences and correspondence. | 475.00 |
|  | **For professional services rendered** | **$475.00** |

Additional Charges :

| Certified Mail Fee | 4.42 |
|---|---|
| **Total costs** | **$4.42** |
| **Total amount of this bill** | **$479.42** |
| Balance due | $479.42 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306

North Chelmsford, MA 01863-1558
(978) 251-8509

Invoice submitted to:

392-394 Boylston Commons
c/o Sheryl Sarkis-Receiver
P.O. Box 6
Norwood MA 02062

January 28, 2005

Invoice # 73484

In Reference To: Diane Scott-Jones & John E. Jones, Jr.

Professional Services

| | Amount |
|---|---|
| 1/25/2005 COL   Title exam review. | 25.00 |
| **For professional services rendered** | **$25.00** |
| Additional Charges : | |
| Constable's Service Fee - Diane Scott-Jones, John E. Jones, Jr. | 32.00 |
| Title Report | 75.00 |
| **Total costs** | **$107.00** |
| **Total amount of this bill** | **$132.00** |
| **Previous balance** | **$479.42** |
| Balance due | $611.42 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

February 02, 2005

Invoice #  42098

*In Reference To:*  As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| Time |  |  |  |
| 01/04/2005 GMD | Review correspondence from Jones. Review implicated statutory provisions. Draft and issue response. | 2.30<br>135.00/hr | 310.50 |
| 01/20/2005 GMD | Telephone conferences with client and Attorney Troyer re: harassment of Meredith Management by Smiths. | 0.50<br>135.00/hr | 67.50 |
| 01/21/2005 GMD | Review documents supplied by client re: Smiths harassment of Meredith Management. | 0.30<br>135.00/hr | 40.50 |
| 01/24/2005 GMD | Draft Motion for Injunction and Order for Payment. | 1.50<br>135.00/hr | 202.50 |
| 01/26/2005 GMD | Continue preparation of Motion for Injunction and for Hearing. Telephone conference w/Atty Troyer. | 0.50<br>135.00/hr | 67.50 |
| 01/27/2005 GMD | Cambridge Superior Court appearance for Motions for Short Order of Notice and Special Process Server. Motions granted and Notice issued. | 2.50<br>135.00/hr | 337.50 |
| 01/31/2005 GMD | Telephone conferences with client and Atty Troyer. Preparation of Affidavits for Sheryl Sarkis and John Rosenthal. Review of documents and preparation of Affidavit exhibit. | 2.20<br>135.00/hr | 297.00 |
| SUBTOTAL: |  | [    9.80 | 1,323.00] |
| **For professional services rendered** |  | 9.80 | **$1,323.00** |
| **Previous balance** |  |  | $615.00 |
| 01/26/2005 Payment - thank you. Check No. 110 |  |  | ($615.00) |

Case 1:05-cv-10350-JLT   Document 87   Filed 05/09/2006   Page 4 of 11

Sheryl Sarkis                                                                                    Page    2

                                                                                                 Amount

                Total payments and adjustments                                                  ($615.00)

        Balance due                                                                            $1,323.00

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

February 08, 2005

Invoice #  42207

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| *Time* | | | |
| 02/02/2005 GMD | Telephone conference w/client, preparation for 2/3 hearing on Motion for Injunction and Order to pay. | 0.50<br>135.00/hr | 67.50 |
| 02/03/2005 GMD | Cambridge Superior Court Hearing on Motion for Injunction and Order for Payment. Evidentiary hearing ordered by Judge for 2/8/05. Conference with Atty Troyer. Telephone conference w/client. | 4.00<br>135.00/hr | 540.00 |
| 02/04/2005 GMD | Letter to client re: 2/8/05 hearing and preparation therefor. | 0.40<br>135.00/hr | 54.00 |
| 02/07/2005 GMD | Preparation for Hearing | 0.50<br>135.00/hr | 67.50 |
| 02/08/2005 GMD | Travel to and attendance at hearing | 4.00<br>135.00/hr | 540.00 |
| | SUBTOTAL: | [   9.40 | 1,269.00] |
| | **For professional services rendered** | **9.40** | **$1,269.00** |

Additional Charges :

*Expense*

| 01/28/2005 | Constable's Service Fee - Diane Scott-Jones | 35.00 |
|---|---|---|
| | Constable's Service Fee - John Jones | 20.00 |

Sarkis

Page 2

Amount

SUBTOTAL: [ 55.00]

**Total costs** $55.00

**Total amount of this bill** $1,324.00

**Previous balance** $1,323.00

Balance due $2,647.00

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

March 04, 2005

Invoice # 42599

*In Reference To:* As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| Time | | | |
| 2/17/2005 GMD | Review Order of Judge re: grant of injunction and award of attorney fees to association. Review new Motion to Remove Receiver. Telephone conferences with Atty Troyer and Sheryl Sarkis. | 0.40 135.00/hr | 54.00 |
| 2/22/2005 GMD | Telephone discussions with client and Atty Troyer. Drafting of Opposition to Motion to Remove Receiver. Drafting of Motion to Withdraw. Drafting cover letters to Court. | 1.40 135.00/hr | 189.00 |
| 2/23/2005 GMD | Telephone discussions with client and Atty Troyer. Telephone discussion w/Court re: Defendants' Motion, Rule 9A and submission of Opposition. Drafting of Motion to Withdraw. | 2.00 135.00/hr | 270.00 |
| SUBTOTAL: | | [ 3.80 | 513.00] |
| **For professional services rendered** | | **3.80** | **$513.00** |

Additional Charges :

Expense

| | | | |
|---|---|---|---|
| 1/4/2005 | On-line legal research charge | | 9.50 |
| SUBTOTAL: | | [ | 9.50] |
| **Total costs** | | | **$9.50** |
| **Total amount of this bill** | | | **$522.50** |

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306

North Chelmsford, MA 01863-1558
(978) 251-8509

---

Invoice submitted to:

392-394 Boylston Commons
c/o Sheryl Sarkis-Receiver
P.O. Box 6
Norwood MA 02062

March 15, 2005

Invoice # 74036

In Reference To: Diane Scott-Jones & John E. Jones, Jr.
Additional Charges :

| | Amount |
|---|---|
| Title Run Down | 25.00 |
| **Total costs** | $25.00 |
| **Previous balance** | $611.42 |
| Balance due | $636.42 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

April 08, 2005

Invoice # 42875

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| Time |  |  |  |
| 03/02/2005 GMD | Telephone conf w/client and Atty Troyer. | 0.40<br>135.00/hr | 54.00 |
| 03/04/2005 CAP | Review file; telephone conference with client | 1.00<br>215.00/hr | 215.00 |
| GMD | Conf call w/client and Atty Troyer re: status of case, status of receiver, order of upcoming actions. Telephone conf w/client. | 0.50<br>135.00/hr | 67.50 |
| 03/18/2005 GMD | Review two motion decisions from Court. Telephone conference w/client. | 0.30<br>135.00/hr | 40.50 |
| 03/22/2005 GMD | Review Jones' appeal of February Order to pay. | 0.50<br>135.00/hr | 67.50 |
| 03/23/2005 GMD | Telephone conferences w/client and Atty Troyer re: status, monthly report, contract for landscaping, assessment for landscaping, Jones' appeal of payment Order. Review proposed correspondence re: monthly report, fee increase, assessment for landscaping. | 1.30<br>135.00/hr | 175.50 |

SUBTOTAL: [ 4.00 620.00]

**For professional services rendered**  4.00  $620.00

**Previous balance**  $3,169.50

Balance due  $3,789.50

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

May 06, 2005

Invoice # 43447

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| Time |  |  |  |
| 4/22/2005 GMD | Review Court Notices regarding Jones' recent filings: Notice of Appeal, Certification of Request for Record, Petition to Supreme Judicial Court. | 0.20<br>135.00/hr | 27.00 |
| 4/25/2005 GMD | Telephone conference with receiver re: status of assessments, litigation and activity for resolution. | 0.30<br>135.00/hr | 40.50 |
| SUBTOTAL: |  | [ 0.50 | 67.50] |
| **For professional services rendered** |  | 0.50 | $67.50 |
| **Previous balance** |  |  | $3,789.50 |
| Balance due |  |  | $3,857.00 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS