**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

# Exhibit 1  Part 2

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

June 06, 2005

*Invoice #* 43947

*In Reference To:* As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Time** | | | |
| 5/2/2005 GMD | Telephone conference w/Receiver. Review correspondence regarding meeting with Newto Mayor. | 0.40<br>135.00/hr | 54.00 |
| 5/5/2005 GMD | Telephone conference w/client. Review and edit notices to unit owners and letter from Jones. | 0.60<br>135.00/hr | 81.00 |
| 5/13/2005 GMD | Telephone conference w/Receiver re: status, recent events, recent documents. | 0.30<br>135.00/hr | 40.50 |
| 5/18/2005 GMD | Review latest status reports and unit owner correspondence from Receiver. | 0.25<br>135.00/hr | 33.75 |
| 5/25/2005 GMD | Telephone conference w/client re: status. | 0.20<br>135.00/hr | 27.00 |
| 5/27/2005 GMD | Review documentation sent by Receiver re: another litigation by Jones against Decelle Group. | 0.17<br>135.00/hr | 22.50 |
| SUBTOTAL: | | [    1.92 | 258.75] |
| **For professional services rendered** | | 1.92 | $258.75 |
| **Previous balance** | | | $3,857.00 |
| Balance due | | | $4,115.75 |

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

July 06, 2005

Invoice #  44413

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Time | | |
| 6/2/2005 GMD  Telephone conference w/Receiver re: status. | 0.20<br>135.00/hr | 27.00 |
| 6/6/2005 GMD  Telephone conference w/Receiver in preparation for 6/8 hearing. | 0.20<br>135.00/hr | 27.00 |
| 6/8/2005 GMD  Appearance at Cambridge Superior Court. Hearing cancelled per Judge. Follow up discussion w/Receiver and Atty Troyer. | 2.00<br>135.00/hr | 270.00 |
| 6/15/2005 GMD  Telephone conference w/Atty Troyer regarding status, strategy, new hearing date, possible settlement. | 0.30<br>135.00/hr | 40.50 |
| 6/16/2005 GMD  Telephone conference w/Receiver regarding status, next hearing, possible meeting, possible settlement, monthly reporting. | 0.20<br>135.00/hr | 27.00 |
| 6/29/2005 GMD  Telephone calls w/Atty Troyer, Cambridge Superior Court and Receiver re: hearing cancellation and status/strategy for case. | 0.40<br>135.00/hr | 54.00 |
| SUBTOTAL: | [    3.30 | 445.50] |
| **For professional services rendered** | **3.30** | **$445.50** |
| **Previous balance** | | **$4,115.75** |
| Balance due | | $4,561.25 |

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

August 05, 2005

*Invoice #* 44891

*In Reference To:* As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| Time | | | |
| 7/8/2005 GMD | Telephone conferences and e-mails regarding schedule for conference call to discuss status and strategy. | 0.20 135.00/hr | 27.00 |
| 7/12/2005 GMD | Conference call w/Receiver and Attorney Troyer re: status, strategy, possible settlement, need for Receiver's withdrawal. | 0.30 135.00/hr | 40.50 |
| 7/20/2005 GMD | Telephone conference w/Receiver regarding status and 7/22 hearing. Review documentation provided by Receiver relative to recent events and correspondence. Begin preparation of argument for 7/22 hearing. | 0.70 135.00/hr | 94.50 |
| 7/22/2005 GMD | Attend and argue at Cambridge Sup Court hearing relative to Jones' Motion to Stay Order requiring payment of assessments. Telephone conference w/Receiver regarding same. | 3.50 135.00/hr | 472.50 |
| SUBTOTAL: | | [ 4.70 | 634.50] |
| **For professional services rendered** | | 4.70 | $634.50 |
| **Previous balance** | | | $4,561.25 |
| Balance due | | | $5,195.75 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306

North Chelmsford, MA  01863-1558
(978) 251-8509

---

Invoice submitted to:

392-394 Boylston Commons Condominium
c/o Meredith Management Corp.
One Bridge Street, Suite 300
Newton MA 02458

August 15, 2005

Invoice #  76413

In Reference To:  Diane Scott-Jones - Unit #
Additional Charges :

|  | **Amount** |
|---|---:|
| Title Exam | 75.00 |
| **Total costs** | **$75.00** |
| Balance due | $75.00 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

September 08, 2005

Invoice # 45376

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|   |   | Hrs/Rate | Amount |
|---|---|---|---|
| Time | | | |
| 8/19/2005 GMD | Draft Motion to Withdraw due to changed employment. | 0.70  135.00/hr | 94.50 |
| 8/23/2005 GMD | Telephone conference w/receiver to discuss status of condominium operation, Jones continued delinquency and pending Motion to Withdraw. | 0.20  135.00/hr | 27.00 |
| 8/30/2005 GMD | Review latest filings of Jones regarding new appeal for stay pending appeal to SJC of Superior Court's February Order. Telephone call to Atty Troyer. | 0.50  135.00/hr | 67.50 |
| SUBTOTAL: | | [ 1.40 | 189.00] |
| **For professional services rendered** | | **1.40** | **$189.00** |
| **Previous balance** | | | **$5,195.75** |
| Balance due | | | $5,384.75 |

PAYMENTS RECEIVED AFTER AUGUST 31, 2005
ARE NOT REFLECTED ON THIS INVOICE
PLEASE REMIT PAYMENT WITHIN 30 DAYS

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

October 07, 2005

Invoice # 45841

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| Time |  |  |  |
| 9/1/2005 GMD | Telephone conference w/Receiver regarding status of condominium and of Motion to Withdraw. | 0.10<br>135.00/hr | 13.50 |
| 9/6/2005 GMD | Telephone conference with Atty Troyer regarding status, position on Motion to Withdraw. | 0.20<br>135.00/hr | 27.00 |
| 9/12/2005 GMD | Various correspondence w/Jim Franchek, Jones and Court re: motion to Withdraw. | 0.50<br>135.00/hr | 67.50 |
| 9/23/2005 GMD | Review and issue correspondence from/to Jones regarding Receiver's Motion to Withdraw. | 0.30<br>135.00/hr | 40.50 |
| 9/27/2005 GMD | Review Opposition to Receiver's Motion to Withdraw. Review Cross-Motion and requests for relief. Issue same to receiver. Telephone calls to Recevier and Atty Troyer. E-mail correspondence with Receiver and Atty Troyer. | 1.00<br>135.00/hr | 135.00 |
| 9/28/2005 GMD | Schedule conf call w/receiver and atty troyer. | 0.10<br>135.00/hr | 13.50 |
| 9/29/2005 GMD | Conf call w/receiver and atty troyer re: Motion to Withdraw, duties to be performed by Receiver pending discharge from Court. | 0.40<br>135.00/hr | 54.00 |
| 9/30/2005 GMD | Letter to Receiver re: 9/29 conf call. | 0.40<br>135.00/hr | 54.00 |

| SUBTOTAL: | [ 3.00 | 405.00] |
|---|---|---|
| For professional services rendered | 3.00 | $405.00 |

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

---

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

November 07, 2005

Invoice #  46776

*In Reference To:* As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Time | | |
| 10/6/2005 | GMD | Review court-issued Notice of Appearance. Call to Court re: scheduling of Receiver's Motion to Withdraw. | 0.30<br>135.00/hr | 40.50 |
| 10/14/2005 | GMD | Telephone call to Court re: possibilities for seeking earlier date for Motion to Withdraw to be scheduled for hearing. | 0.10<br>135.00/hr | 13.50 |
| 10/19/2005 | GMD | Telephone conference with Court Clerk regarding scheduling of Motion to Withdraw. Telephone conference with Receiver regarding status of matter and scheduling of Motion. | 0.40<br>135.00/hr | 54.00 |
| 11/2/2005 | GMD | Review letter of demands from Jones. Telephone calls to Receiver and Attorney Troyer. | 0.30<br>135.00/hr | 40.50 |
| 11/3/2005 | GMD | Telephone call regarding Jones' recent demand letter. | 0.10<br>135.00/hr | 13.50 |

|  |  |  |
|---|---|---|
| SUBTOTAL: | [ 1.20 | 162.00] |
| **For professional services rendered** | 1.20 | **$162.00** |
| **Previous balance** | | $5,789.75 |
| Balance due | | $5,951.75 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS
PAYMENTS RECEIVED THROUGH NOVEMBER 7, 2005
ARE REFLECTED ON THIS INVOICE

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

December 06, 2005

Invoice #  47224

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Time | | |
| 11/14/2005 GMD  Review letter from Jones.  Call to Atty Troyer to discuss same. | 0.20<br>135.00/hr | 27.00 |
| 11/15/2005 GMD  Call to Atty Troyer re: Jones' letter. | 0.10<br>135.00/hr | 13.50 |
| SUBTOTAL: | [ 0.30 | 40.50] |
| **For professional services rendered** | 0.30 | $40.50 |
| **Previous balance** | | $5,951.75 |
| Balance due | | $5,992.25 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS
PAYMENTS RECEIVED AFTER NOVEMBER 30, 2005
ARE NOT REFLECTED ON THIS INVOICE

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

*Invoice submitted to:*

Sheryl Sarkis
PO Box 6
Norwood MA 02062

January 06, 2006

Invoice #  47636

*In Reference To:* As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| Time | | | |
| 12/5/2005 GMD | Review multiple pieces of correspondence from Jones re: various maintenance issues, allegations and claims. | 0.30<br>135.00/hr | 40.50 |
| 12/6/2005 GMD | Begin preparation of oral argument for Motion to Withdraw. | 0.40<br>135.00/hr | 54.00 |
| 12/9/2005 GMD | Conference w/Receiver re: recent Jones correspondence.  E-mail response to Jones re: inquiry of contact info for Sheryl Sarkis. | 0.40<br>135.00/hr | 54.00 |
| 12/13/2005 GMD | Continue argument preparation for Motion to Withdraw.  Review Jones' Opposition.  Prepare relevant documents for possible hand out in Court.  Telephone conference w/Receiver re: hearing, association records, transition process. | 1.00<br>135.00/hr | 135.00 |
| 12/15/2005 GMD | Argue Motion to Withdraw.  Motion granted.  Sheryl Sarkis to attend meeting with next appointed Receiver to hand over records, provide status, and transition project.  Atty Troyer to next appear in Court on 1/24/06 for hearing on appointment of next Receiver. | 2.50<br>135.00/hr | 337.50 |

| | | | |
|---|---|---|---|
| SUBTOTAL: | | [    4.60 | 621.00] |
| For professional services rendered | | 4.60 | $621.00 |
| Previous balance | | | $5,992.25 |
| Balance due | | | $6,613.25 |

**PERKINS & ANCTIL, P.C.**
73 Princeton Street - Suite 306
No. Chelmsford, Massachusetts 01863-1558
(978) 251-8509

Invoice submitted to:

Sheryl Sarkis
PO Box 6
Norwood MA 02062

March 03, 2006

Invoice # 48512

In Reference To: As Receiver, 392-394 Boylston Commons Condominium Trust

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Time | | |
| 2/14/2006 GMD Prepare for Receiver transition meeting. Review P&A billing on matter. | 0.30<br>150.00/hr | 45.00 |
| 2/15/2006 GMD Travel to Newton and attend Receiver transition meeting. Discuss history of matter, Court proceedings to date, Ms. Sarkis turned over all records and check for $875.00 representing funds in association's bank account. | 3.50<br>150.00/hr | 525.00 |
| SUBTOTAL: | [ 3.80 | 570.00] |
| **For professional services rendered** | 3.80 | $570.00 |
| **Previous balance** | | $6,613.25 |
| Balance due | | $7,183.25 |

PAYMENTS RECEIVED AFTER FEBRUARY 28, 2006
ARE NOT REFLECTED ON THIS INVOICE
PLEASE REMIT PAYMENT WITHIN 30 DAYS