UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                   CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
CHARLES A. PERKINS, JR., GARY M. )
DADDARIO and PERKINS & ANCTIL, P.C., )
    Defendants. )

## SECOND AFFIDAVIT OF GARY M. DADDARIO

I, Gary M. Daddario, having personal knowledge of the facts stated below, under oath depose and say as follows:

1. I am over the age of eighteen and have been/am competent to make observations and to testify thereto regarding these matters.

2. The copies attached to the Defendants' Response to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment are true and accurate copies of the originals.

3. I have never been the keeper of the records for the Plaintiffs' condominium and I have never been in possession of the condominium's records. To the extent that I ever had knowledge regarding the condominium's records or operations, the same was based upon information provided from the Receiver.

4. I attended the transition meeting between the former Receiver, Sheryl Sarkis, and the new Receiver, Peter Zimmerman, in order to witness Ms. Sarkis providing the condominium's records and funds to Mr. Zimmerman. Ms. Sarkis was in possession of the condominium's records prior to said meeting and was the individual that brought them to the meeting and provided them to Mr. Zimmerman.

5. I have never directed, requested or otherwise sought for Peter Zimmerman or anyone affiliated with Mr. Zimmerman to take any particular action or course of action as Receiver of Plaintiffs' condominium.

6. I have never represented Peter Zimmerman and I have never possessed any authority to direct the actions of Mr. Zimmerman or anyone affiliated with him as Receiver of Plaintiffs' condominium.

7. I have no ownership interest, governing authority or operational authority with respect to the Community Associations Institute.

8. I have no affiliation with Waverly Landscaping. I have no knowledge of any trade organization memberships that Waverly Landscaping may maintain.

Signed under the pains and penalties of perjury this 31st day of May 2006:

Gary M. Daddario

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                    CIVIL ACTION NO. 05-10350JLT

```
_____
                                      )
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394   )
BOYLSTON COMMONS CONDOMINIUM          )
TRUST,                                )
        Plaintiffs,                   )
                                      )
v.                                    )
                                      )
CHARLES A. PERKINS, JR., GARY M.      )
DADDARIO and PERKINS & ANCTIL, P.C.,  )
        Defendants.                   )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that this document, Second Affidavit of Gary M. Daddario, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 31, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509