UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                              CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, <br> Plaintiffs, <br><br> v. <br><br> CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### SECOND AFFIDAVIT OF CHARLES A. PERKINS, JR.

I, Charles A. Perkins, Jr., having personal knowledge of the facts stated below, under oath depose and say as follows:

1. I am over the age of eighteen and have been/am competent to make observations and to testify thereto regarding these matters.

2. The copies attached to the Defendants' Response to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment are true and accurate copies of the originals.

3. I have never been the keeper of the records for the Plaintiffs' condominium and I have never been in possession of the condominium's records. To the extent that I ever had knowledge regarding the condominium's records or operations, the same was based upon information provided from the Receiver.

4. I have no ownership interest, governing authority or operational authority with respect to the Community Associations Institute.

5. I have no affiliation with Waverly Landscaping. I have no knowledge of any trade organization memberships that Waverly Landscaping may maintain.

Signed under the pains and penalties of perjury this 31st day of May 2006:

_____
Charles A. Perkins, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| EASTERN DIVISION | CIVIL ACTION NO. 05-10350JLT |
|---|---|

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
CHARLES A. PERKINS, JR., GARY M. )
DADDARIO and PERKINS & ANCTIL, P.C., )
    Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that this document, Second Affidavit of Charles A. Perkins, Jr., filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 31, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509