UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 06-10602-JLT

_____

DIANE SCOTT-JONES and
JOHN E. JONES, JR., Individually
And as Trustee of the 392-394
Boylston Commons Condominium
Trust
     Plaintiffs

v.

PETER L. ZIMMERMAN, LISA B.
DARMAN, and SILVERMAN &
KUDISCH, P.C.
     Defendants

_____

### AFFIDAVIT OF PETER L. ZIMMERMAN

I, Peter L. Zimmerman, having personal knowledge of the facts stated below, under oath depose and state as follows:

1.    I am over the age of eighteen and am competent to make observations and to testify thereto regarding these matters. I am an attorney duly qualified to practice with a business address of Silverman & Kudisch, P.C., 1320 Centre Street, Suite 203, Newton Center, MA 02459.

2.    I was appointed by the Trial Court Department of the Middlesex Superior Court, Cambridge Division, to serve as the Court-appointed Receiver of 392-394 Boylston Commons Condominium in the matter of Quing Lu, et al. v. Diane Scott-Jones, et al., C.A. No. MICV2003-05103. I was appointed as the successor to the first Receiver, Ms. Sheryl Sarkis (Ms. Sarkis).

3.    A meeting was held at my office for the purpose of transitioning the condominium's records and funds from Ms. Sarkis to me. Ms. Sarkis was in possession of and delivered to me the condominium's records and funds. Attorney Gary Daddario of the law firm of Perkins & Anctil, P.C., 73 Princeton Street, North Chelmsford, MA 01863, attended this meeting with Ms. Sarkis.

4.    Attorney Daddario did not direct, request or otherwise seek that I take any particular action or course of action as the Receiver of the condominium. Had he done so, I would have been under no obligation to comply as Attorney Daddario has never represented me nor had any authority to direct me as the Receiver.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 22nd DAY OF MAY 2006.

Peter L. Zimmerman, Esq.
BBO #540440
SILVERMAN & KUDISCH, P.C.
1320 Centre Street, Suite 203
Newton Center, MA 02459
Tel: 617-527-1150

Scott-jo\district\plzaff.doc

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                 CIVIL ACTION NO. 05-10350JLT

_____
                                                  )
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394       )
BOYLSTON COMMONS CONDOMINIUM                      )
TRUST,                                            )
        Plaintiffs,                               )
                                                  )
                                                  )
v.                                                )
                                                  )
                                                  )
CHARLES A. PERKINS, JR., GARY M.                  )
DADDARIO and PERKINS & ANCTIL, P.C.,              )
        Defendants.                               )
_____)

## CERTIFICATE OF SERVICE

        I hereby certify that this document, Affidavit of Peter L. Zimmerman, filed
through the ECF system will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing and paper copies will be sent to those
indicated as non registered participants on May 31, 2006.

                                Respectfully submitted,
                                Defendants


                                _____
                                Charles A. Perkins, Jr. (BBO #394430)
                                charlie@perkinslawpc.com
                                Perkins & Anctil, P.C.
                                73 Princeton Street, Suite 306
                                North Chelmsford, MA 01863
                                (978) 251-8509