UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 06-10602JLT

_____
                                                    )
DIANE SCOTT-JONES and JOHN E. JONES, JR.,           )
INDIVIDUALLY AND AS TRUSTEES OF THE 392-394         )
BOYLSTON COMMONS CONDOMINIUM TRUST,                 )
    Plaintiffs                                    )
v.                                                  )
                                                    )
PETER L. ZIMMERMAN, LISA B. DARMAN, and             )
SILVERMAN & KUDISCH, PC                             )
    Defendants                                    )
_____)

## PLAINTIFFS' CERTIFICATE PER LOCAL RULE 7.1(a)(2)

The Plaintiffs, John E. Jones, Jr., and Diane Scott-Jones, hereby certify this 7th day of June, 2006, that, per Local Rule 7.1(a)(2), they conferred by telephone with Defendant Peter L. Zimmerman, on Friday, June 2, 2006, at 12:00 pm, and with Defendant Charles Perkins (Civil Action No. 05-10350JLT) on Thursday, May 26, 2006, at 4:30 pm. Defendants in both actions indicate they will oppose Plaintiffs' Motion for Consolidation.

Respectfully submitted,

| | |
|---|---|
| /s/ Diane Scott-Jones | /s/ John E. Jones, Jr. |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |

June 7, 2006