UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                              CIVIL ACTION NO. 05-10350JLT

_____
                                    )
DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM        )
TRUST,                              )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )
CHARLES A. PERKINS, JR., GARY M.    )
DADDARIO and PERKINS & ANCTIL, P.C., )
        Defendants.                 )
_____ )

### THIRD AFFIDAVIT OF CHARLES A. PERKINS, JR.

I, Charles A. Perkins, Jr., having personal knowledge of the facts stated below, under oath depose and say as follows:

1. I am over the age of eighteen and have been/am competent to make observations and to testify thereto regarding these matters.

2. I am the senior partner of the law firm of Perkins & Anctil, P.C. of 73 Princeton Street, Suite 306, North Chelmsford, MA 01863.

3. The address listed above is the sole office of Perkins & Anctil, P.C. Our firm employs a total of four attorneys, including the undersigned.

4. Prior to receiving Middlesex Superior Court documentation appointing Peter L. Zimmerman as the successor Court-Appointed Receiver to Sheryl Sarkis, there was only one instance in which I was aware of Mr. Zimmerman and his firm. Specifically, there exists one case in which Peter L. Zimmerman's firm and mine are both involved. It is a matter completely independent of Plaintiffs and their condominium. In that matter, Mr. Zimmerman's client is suing my client for alleged payments owed pursuant to a contract for services rendered. As is obvious from the description of the case, Mr. Zimmerman's firm and my firm are on opposing sides in that matter.

5. With the exception of sending my associate, Gary M. Daddario, to witness the transition meeting at which Sheryl Sarkis provided the condominium records and finances to Peter L. Zimmerman, neither my firm nor its employees have had any dealings with Peter L. Zimmerman or his firm relative to the Plaintiffs' condominium or Mr. Zimmerman's appointment as Receiver thereof.

6. To date, I have never met Peter L. Zimmerman nor attempted to intervene, in any manner, with his role as Court-Appointed Receiver of the Plaintiffs' condominium. I have not attempted to transfer any of my or my firm's legal strategies or actions to Mr. Zimmerman or his firm.

7. There is no business affiliation whatsoever between my firm and that of Peter L. Zimmerman. There is no personal affiliation whatsoever between the undersigned and Mr. Zimmerman or his firm. I am aware of no business or personal affiliations whatsoever of our respective employees.

Signed under the pains and penalties of perjury this 13th day of June 2006:

_____
Charles A. Perkins, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN DIVISION | CIVIL ACTION NO. 05-10350JLT |

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )
)
v. )
)
CHARLES A. PERKINS, JR., GARY M. )
DADDARIO and PERKINS & ANCTIL, P.C., )
    Defendants. )

## CERTIFICATE OF SERVICE

    I hereby certify that this document, Third Affidavit of Charles A. Perkins, Jr., filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 13, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509