UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                CIVIL ACTION NO. 05-10350JLT

DIANE SCOTT-JONES and JOHN E. JONES, JR., )
Individually and as Trustees of the 392-394 )
BOYLSTON COMMONS CONDOMINIUM )
TRUST, )
    Plaintiffs, )

v. )

CHARLES A. PERKINS, JR., GARY M. )
DADDARIO and PERKINS & ANCTIL, P.C., )
    Defendants. )

## THIRD AFFIDAVIT OF GARY M. DADDARIO

I, Gary M. Daddario, having personal knowledge of the facts stated below, under oath depose and say as follows:

1. I am over the age of eighteen and have been/am competent to make observations and to testify thereto regarding these matters.

2. I am an associate at the law firm of Perkins & Anctil, P.C. of 73 Princeton Street, Suite 306, North Chelmsford, MA 01863.

3. The address listed above is the sole office of Perkins & Anctil, P.C. The firm employs a total of four attorneys, including the undersigned.

4. Prior to receiving Middlesex Superior Court documentation appointing Peter L. Zimmerman as the successor Court-Appointed Receiver to Sheryl Sarkis, neither Peter L. Zimmerman nor his firm were known to me personally or professionally. I am aware that there exists one case in which Perkins & Anctil, P.C. and Mr. Zimmerman's firm are both involved. The two firms are on opposing sides in that matter.

5. With the exception of attending the transition meeting at which Sheryl Sarkis provided the condominium records and finances to Peter L. Zimmerman, I have had no dealings with Peter L. Zimmerman or his firm relative to the Plaintiffs' condominium or Mr. Zimmerman's appointment as Receiver thereof.

6. To date, the Receiver transition meeting is the only occasion on which I met Peter L. Zimmerman. I have never attempted to intervene, in any manner, with his role as Court-Appointed Receiver of the Plaintiffs' condominium. I have not attempted to transfer any of my or Perkins & Anctil, P.C.'s legal strategies or actions to Mr. Zimmerman or his firm.

7. I have no business or personal affiliation whatsoever with Peter L. Zimmerman or his firm.

8. As set forth above, I am aware that there exists one case in which Peter L. Zimmerman's firm and Perkins & Anctil, P.C. are both involved. It is a matter completely independent of Plaintiffs and their condominium. In that matter, Mr. Zimmerman's client is suing Perkins & Anctil, P.C.'s client for alleged payments owed pursuant to a contract for services rendered. As is obvious from the description of the case, Mr. Zimmerman's firm and Perkins & Anctil, P.C. are on opposing sides in that matter.

Signed under the pains and penalties of perjury this 13th day of June 2006:

Gary M. Daddario

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                               CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., Individually and as Trustees of the 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST,<br>    Plaintiffs,<br><br>v.<br><br>CHARLES A. PERKINS, JR., GARY M. DADDARIO and PERKINS & ANCTIL, P.C.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that this document, Third Affidavit of Gary M. Daddario, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 13, 2006.

Respectfully submitted,
Defendants

_____
Charles A. Perkins, Jr. (BBO #394430)
charlie@perkinslawpc.com
Perkins & Anctil, P.C.
73 Princeton Street, Suite 306
North Chelmsford, MA 01863
(978) 251-8509