UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

|   |   |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, Plaintiffs v. CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE**

**NOW COME** the Plaintiffs in the above-captioned matter and hereby respectfully submit this notice of withdrawal of Plaintiffs' Motion to Consolidate the instant action with *Scott-Jones, et al.* v. *Zimmerman, et al.* (06-10602JLT). Plaintiffs are filing on this date a Notice of Voluntary Dismissal of 06-10602JLT.

Respectfully submitted,

*/s/ Diane Scott-Jones*              */s/ John E. Jones, Jr.*
Diane Scott-Jones, Pro Se            John E. Jones, Jr., Pro Se
scottjon@bc.edu                      johnejonesjr@comcast.net
392 Boylston Street, Newton, MA 02459
617-558-3522

August 29, 2006


## **CERTIFICATE OF SERVICE**

We hereby certify that on the 29th day of August, 2006, the foregoing document filed on this day through the ECF system will be sent electronically to the Defendants, who are registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

*/s/ Diane Scott-Jones*  
Diane Scott-Jones, Pro Se  
scottjon@bc.edu  
392 Boylston Street, Newton, MA 02459  
617-558-3522

*/s/ John E. Jones, Jr.*  
John E. Jones, Jr., Pro Se  
johnejonesjr@comcast.net

August 29, 2006