**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-10350JLT**

|  |  |
|---|---|
| **DIANE SCOTT-JONES and JOHN E. JONES, JR.,** | ) |
| **INDIVIDUALLY AND AS TRUSTEES OF THE 392-394** | ) |
| **BOYLSTON COMMONS CONDOMINIUM TRUST,** | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
|  | ) |
| **CHARLES A. PERKINS, JR., GARY M. DADDARIO,  and** | ) |
| **PERKINS & ANCTIL, PC** | ) |
| **Defendants** | ) |
|  | ) |

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS**

**NOW COME** the Plaintiffs in the above-captioned matter and hereby

respectfully submit this notice of their change of address and telephone number to:

14500 Friendlywood Road
Burtonsville, MD  20866
301 879-0271


Respectfully submitted,

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@comcast.net |
| 392 Boylston Street, Newton, MA 02459 | |
| 617-558-3522 | |

August 29, 2006

## CERTIFICATE OF SERVICE

We hereby certify that on the 29th day of August, 2006, the foregoing document filed on this day through the ECF system will be sent electronically to the Defendants, who are registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

*/s/ Diane Scott-Jones*                          */s/ John E. Jones, Jr.*
Diane Scott-Jones, Pro Se              John E. Jones, Jr., Pro Se
scottjon@bc.edu                          johnejonesjr@comcast.net
392 Boylston Street, Newton, MA 02459
617-558-3522


August 29, 2006