392 Boylston St.
Newton, MA 02459
August 29, 2006

VIA ELECTRONIC MAIL AND FIRST CLASS MAIL

Ms. Zita Lovett, Deputy Clerk
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

RE: Civil Action No. 05-10350JLT
Diane Scott-Jones et al. v. Charles A. Perkins, Jr. et al.

Dear Ms. Lovett:

We write to notify the Court of our change of address and telephone number to:
14500 Friendlywood Road
Burtonsville, MD 20866
301 879-0271

We also filed a Notice of Change of Address through the ECF system.

We have requested oral argument for our Motion for Summary Judgment and we will be happy to return for that hearing and for trial, once we receive notification from the Court.

Thank you.

Sincerely,

*[signatures]*
Diane Scott-Jones, Pro Se and John E. Jones, Jr., Pro Se