UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE SCOTT-JONES AND JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, | * * * * * * | |
| Plaintiffs, | * * * | |
| v. | * * * | Civil Action No. 05-10350-JLT |
| CHARLES A. PERKINS, JR., GARY M. DADDARIO, AND PERKINS & ANCTIL, P.C., | * * * * * | |
| Defendants. | * | |

ORDER

September 14, 2006

TAURO, J.

This court hereby orders that:

1. Defendant's Motion for Summary Judgment [#75] is DENIED without prejudice to raising underlying legal issues at the conclusion of the evidence;

2. Plaintiff's Partial Motion for Summary Judgment [#77] is DENIED without prejudice to raising underlying legal issues at the conclusion of the evidence;

3. Trial is currently set for January 22, 2007, at 10:00 a.m.; and

4.  Trial Order is attached.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge