DIANE SCOTT-JONES and JOHN E. JONES, JR., )
INDIVIDUALLY AND AS TRUSTEES OF THE )
392-394 BOYLSTON COMMONS )
CONDOMINIUM TRUST )
                       Plaintiffs )
    )
v. )    Civil Action #: 05-10350JLT
    )
CHARLES A. PERKINS, JR., GARY M. DADDARIO, )
and PERKINS & ANCTIL, PC, )
                       Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the defendants, CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC, in the above-entitled case.

                              /s/    Kathleen M. O'Donnell
                              Kathleen M. O'Donnell, BBO # 377435
                              MARCOTTE LAW FIRM
                              45 Merrimack Street
                              Lowell, Massachusetts  01852
                              (978) 458-1229

DATED:    September 25, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on September 25, 2007, I served a copy of the foregoing document upon the defendants in the above-entitled action via Certified Fist Class U.S. Mail, Return Receipt Requested, to the defendants who are appearing *pro se* to the following addresses:

| | |
|---|---|
| Doctor Diane Scott-Jones | John E. Jones, Jr. |
| 14500 Friendlywood Road | 14500 Friendlywood Road |
| Burtonsville, Maryland 20866 | Burtonsville, Maryland 20866 |

              /s/   Kathleen M. O'Donnell
              Kathleen M. O'Donnell