UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE SCOTT-JONES AND JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST, | * * * * * * | |
| Plaintiffs, | * * * | |
| v. | * * * | Civil Action No. 05-10350-JLT |
| CHARLES A. PERKINS, JR., GARY M. DADDARIO, AND PERKINS & ANCTIL, P.C., | * * * * | |
| Defendants. | * | |

ORDER

October 15, 2007

TAURO, J.

   In preparation for a jury trial commencing on November 5, 2007, at 10:00 A.M., this court hereby orders that:

   1.   The Parties shall submit a list of agreed-upon exhibits, and a separate list of disputed exhibits, to the Deputy Courtroom Clerk by 12:00 P.M. on October 26, 2007. All exhibits to be used at trial shall be pre-marked. The Plaintiff shall use numbers, and Defendants shall use letters.

   2.   By 12:00 P.M. on October 26, 2007, the parties shall file a Joint Witness List containing the names and addresses of witnesses to be called, as well as the

    estimated time needed for direct and cross examination.  The amount of time for cross-examination shall not exceed the amount of time designated for the direct examination of the witness.

3.    All Motions in Limine shall be filed by 12:00 P.M. on October 26, 2007.

4.    The morning trial session will begin each day at 10:00 A.M. and end at 1:00 P.M., and the afternoon trial session will begin at 2:15 P.M. and end at 4:30 P.M.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro  
    United States District Judge