UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10350JLT

|  |  |
|---|---|
| DIANE SCOTT-JONES and JOHN E. JONES, JR., INDIVIDUALLY AND AS TRUSTEES OF THE 392-394 BOYLSTON COMMONS CONDOMINIUM TRUST,<br>　　　Plaintiffs<br>v.<br>CHARLES A. PERKINS, JR., GARY M. DADDARIO, and PERKINS & ANCTIL, PC<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE**

**NOW COME** the Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), and hereby respectfully submit to this Honorable Court this dismissal, with prejudice, of the above-captioned action, which is a complaint alleging violations of the Fair Debt Collections Practices Act, 15 U.S.C. section 1692 et seq. This dismissal is submitted with the agreement of all parties, according to the attached Release Agreement, and with all parties waiving their right of appeal.

Respectfully submitted,

| | |
|---|---|
| */s/ Diane Scott-Jones*<br>Diane Scott-Jones, Pro Se<br>scottjon@bc.edu<br><br>*/s/ John E. Jones, Jr.*<br>John E. Jones, Jr., Pro Se<br>johnejonesjr@verizon.net<br><br>14500 Friendlywood Rd.<br>Burtonsville, MD 20866<br>301-879-0271 | */s/ Kathleen M. O' Donnell*<br>Attorney for Defendants<br>Kathleen M. O'Donnell<br>BBO#: 377435<br>Marcotte Law Firm<br>45 Merrimack Street, Suite 410<br>Lowell, Massachusetts 01852-1776<br>(978) 458-1229 |

Dated: October 23, 2007

**CERTIFICATE OF SERVICE**

We hereby certify that on the 23rd day of October, 2007, this Plaintiffs' Stipulation of Dismissal with Prejudice filed on this day through the ECF system will be sent electronically to the Attorney for Defendants, who is a registered participant as identified on the Notice of Electronic Filing.

| | |
|---|---|
| */s/ Diane Scott-Jones* | */s/ John E. Jones, Jr.* |
| Diane Scott-Jones, Pro Se | John E. Jones, Jr., Pro Se |
| scottjon@bc.edu | johnejonesjr@verizon.net |

14500 Friendlywood Rd.
Burtonsville, MD 20866
301-879-0271

We, Diane Scott-Jones and John E. Jones, Jr., of Burtonsville, Maryland, individually and as Trustees of the 392-394 Boylston Commons Condominium Trust, in consideration of thirty thousand dollars ($30,000.$^{00}$/$_{100}$) paid to us by Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C. do hereby release and discharge Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C. and each and every one of their heirs, agents, servants and/or employees and Partners from all claims and demands for relief contained in the complaint and the amended complaint filed in Civil Action Number 05-10350JLT in the United States District Court for the District of Massachusetts and from any claims that may arise out of representation of the Receiver of the 392-394 Boylston Commons Condominium by Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C.

In further consideration of the above payment we, Diane Scott-Jones and John E. Jones, Jr., individually and as Trustees of the 392-394 Boylston Commons Condominium Trust, for ourselves, our heirs, next of kin, executors, administrators, successors, and assigns covenant and agree to indemnify and hold harmless the said Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C. from any and all claims, demands, and suits which we or our heirs, next of kins, executors, administrators, successors or assigns have may have against Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C. because of the claims and demands for relief contained in the complaint and amended complaint filed in Civil Action Number 05-10350JLT and from any claims that may arise out of representation of the Receiver of the 392-394 Boylston Commons Condominium by Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C.

We are over eighteen years of age, we understand liability has been denied and we understand this release is to compromise and terminate all claims and demands for relief contained in the complaint and amended complaint filed in Civil Action Number 05-10350JLT filed in the United States District Court for the District of Massachusetts and for any claims that may arise out of representation of the Receiver of the 392-394 Boylston Commons Condominium by Charles A. Perkins, Jr., Gary M. Daddario, and Perkins and Anctil, P.C.

_October 22, 2007_
Date

_Diane Scott-Jones_ (signature)
Diane Scott-Jones

_October 22, 2007_
Date

_John E. Jones, Jr._ (signature)
John E. Jones, Jr.

STATE OF MARYLAND

_____, §

On October __22nd__, 2007, before me, the undersigned notary public, personally appeared John E. Jones, Jr., proved to me on the basis of satisfactory evidence to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

WITNESS my hand and official seal.

_____

My commission expires: __Aug 31, 2010__

On October __22__, 2007, before me, the undersigned notary public, personally appeared Diane Scott-Jones, proved to me on the basis of satisfactory evidence to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose.

WITNESS my hand and official seal.

_____